1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN, 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff

6

7

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11 BARBARA HUBBARD,                    Case No. 08cv0471 JAH (LSP)

12     Plaintiff,
                                        **NOTICE OF VOLUNTARY**
13 v.                                   **DISMISSAL**

14 C.V. CENTER, INC. et al,

15     Defendants.
   _____/
16

17 TO THE COURT AND ALL PARTIES:

18     Plaintiff, Barbara Hubbard, hereby requests that purusant to FRCP 41 (a)(1),

19 the Court dismiss the above entitled action, without prejudice, **as to defendant**

20 **Starbucks Corporation dba Starbucks Coffee #6632 *only***.

21     Nothing in this request shall be construed to affect plaintiff's complaint and

22 claims in the above referenced case against defendants other than defendant

23 Starbucks Corporation dba Starbucks Coffee #6632.

24

25 Dated: March 20, 2008           DISABLED ADVOCACY GROUP, APLC

26
                                    /s/ Scottlynn J Hubbard, IV
27                                 SCOTTLYNN J HUBBARD, IV
                                   Attorney for Plaintiff
28