Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BARBARA HUBBARD,
Plaintiff,

vs

SEE ATTACHED LIST,
Defendants.

FILED
08 MAR 26  PM 1:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP  DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

**'08 CV 471  JAH LSP**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane, Chico, CA  95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                  3/25/08
CLERK                                                   DATE

By  C. PUTNAM  Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## DEFENDANT LIST

1.) C.V. Center, Inc.
2.) Jamba Juice Company dba Jamba Juice #603
3.) Casual Dining Services, Inc. dba Pizzeria Uno
4.) Mervyn's, LLC
5.) Starbucks Corporation dba Starbucks Coffee #6632
6.) J.C. Penney Company, Inc. dba JCPenney #1274
7.) Serler, Inc. dba Subway #31595
8.) Manna Development Group, LLC dba Panera Bread Café #4284