FILED

08 APR -2 PM 4: 36

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

DEPUTY

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

## # 149270    — SH

## April 02. 2008
## 09:03:25

## Civ Fil Non-Pris
USAO #.: 08CV0471
Judge..: JOHN A HOUSTON
Amount.:              $350.00 CC

## Returned Chk Fee
Amount.:              $45.00 CC

## Total—>   $395.00

FROM: REPAY FOR CASE 08CV0471-JAH
      NSF FEE