| Attorney or Party without Attorney:<br>LYNN HUBBARD, III, Bar #69773<br>12 WILLIAMSBURG LANE<br>CHICO, CA 95926<br>Telephone No: 530 895-3252   FAX No: 530 894-8244 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California | | | | |
| Plaintiff: BARBARA HUBBARD | | | | |
| Defendant: C.V. CENTER, INC., ET AL | | | | |
| **PROOF OF SERVICE**<br>**S&C USDC** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV471JAHLSP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;

3. a. Party served:          J.C. PENNEY COMPANY, INC. DBA JCPENNEY #1274
   b. Person served:         JUAN DE PABLO-PROCESS CLERK-AUTHORIZED TO ACCEPT

4. Address where the party was served:   CT CORPORATION
                                          818 WEST 7TH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 07, 2008 (2) at: 1:40PM

7. *Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICH WILSON C.C.P.S.                             d. *The Fee for Service was:*   $15.00

   HANSEN'S GUARANTEED PROCESS CO.                     e. I am: (3) registered California process server
   8607 IMPERIAL HWY. SUITE #206                          (i)   Owner
   DOWNEY, CA 90242                                       (ii)  Registration No.:   5613
   (562)904-9460, FAX (562)904-9462                       (iii) County:             Los Angeles
   gary@hansensguaranteed.com                             (iv)  Expiration Date:    Fri, Oct. 09, 2009
   www.hansensguaranteed.com

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, Apr. 08, 2008

   Judicial Council Form                PROOF OF SERVICE            (RICH WILSON C.C.P.S.)
   Rule 982.9.(a)&(b) Rev January 1, 2007    S&C USDC                                          3252.18164