| Attorney or Party without Attorney:<br>LYNN HUBBARD, III, Bar #69773<br>12 WILLIAMSBURG LANE<br>CHICO, CA 95926<br>Telephone No: 530 895-3252    FAX No: 530 894-8244<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Southern District Of California

Plaintiff: BARBARA HUBBARD
Defendant: C.V. CENTER, INC., ET AL

| **PROOF OF SERVICE**<br>**S&C USDC** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV471JAHLSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;

3. a. Party served:           MERVYN'S, LLC
   b. Person served:         JUAN DE PABLO-PROCESS CLERK-AUTHORIZED TO ACCEPT

4. Address where the party was served:   CT CORPORATION
                                          818 WEST 7TH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 07, 2008 (2) at: 1:40PM

7. **Person Who Served Papers:**              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICH WILSON C.C.P.S.                    d. *The Fee* for Service was:   $15.00



HANSEN'S GUARANTEED PROCESS CO.
8607 IMPERIAL HWY. SUITE #206
DOWNEY, CA 90242
(562)904-9460, FAX (562)904-9462
gary@hansensguaranteed.com
www.hansensguaranteed.com

   e. I am: (3) registered California process server
       (i)  Owner
       (ii) Registration No.:   5613
       (iii) County:             Los Angeles
       (iv) Expiration Date:    Fri, Oct. 09, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Apr. 08, 2008

                                                                      (RICH WILSON C.C.P.S.)

Judicial Council Form                    PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007      S&C USDC                                          3252.18163