Case 3:08-cv-00471-JAH-LSP   Document 7   Filed 04/14/2008   Page 1 of 1

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| LYNN HUBBARD, III, Bar #69773<br>12 WILLIAMSBURG LANE<br>CHICO, CA 95926<br>Telephone No: 530 895-3252   FAX No: 530 894-8244 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Southern District Of California |

| Plaintiff: BARBARA HUBBARD |
|---|
| Defendant: C.V. CENTER, INC., ET AL |

| PROOF OF SERVICE<br>S&C USDC | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV471JAHLSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;

3. a. Party served:                   JAMBA JUICE COMPANY DBA JAMBA JUICE #603
   b. Person served:                  JUAN DE PABLO-PROCESS CLERK-AUTHORIZED TO ACCEPT

4. Address where the party was served:   CT CORPORATION
                                         818 WEST 7TH STREET
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 07, 2008 (2) at: 1:40PM

7. Person Who Served Papers:                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICH WILSON C.C.P.S.                       d. *The Fee for Service was:*   $15.00

   HANSEN'S GUARANTEED PROCESS CO.               e. I am: (3) registered California process server
   8607 IMPERIAL HWY. SUITE #206
   DOWNEY, CA 90242                                  (i)   Owner
   (562)904-9460, FAX (562)904-9462                  (ii)  Registration No.:    5613
   gary@hansensguaranteed.com                        (iii) County:              Los Angeles
   www.hansensguaranteed.com                         (iv)  Expiration Date:     Fri, Oct. 09, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Tue, Apr. 08, 2008

Judicial Council Form                    PROOF OF SERVICE              (RICH WILSON C.C.P.S.)
Rule 982.9.(a)&(b) Rev January 1, 2007      S&C USDC                                            3252.18162