| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LYNN HUBBARD III, Bar #69773<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE<br>Chico, CA 95926<br>Telephone No: 530 895-3252    FAX No: 530 894-8244 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>HUBBARD v. CHULA VISTA CENTER | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California | | |
| Plaintiff: BARBARA HUBBARD | | |
| Defendant: C.V. CENTER, INC., et al. | | |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 471 JAH LSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT

3. a. Party served:    C.V. CENTER, INC.
   b. Person served:    BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:    CSC-LAWYERS INCORPORATING SERVICE
   2730 Gateway Oaks Drive
   Suite 100
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 02, 2008 (2) at: 2:10PM

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                        d. *The Fee for Service was:* $33.00
   b. **ALL PRO ATTORNEY SERVICES**      e. I am: (3) registered California process server
   2410 FAIR OAKS BOULEVARD              (i)  Owner
   SUITE 125                             (ii) Registration No.:  87-010
   Sacramento, CA 95825                  (iii) County:  Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Apr. 02, 2008

                            (Jim Wardlow)

Judicial Council Form                PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS                dag.41724