1  Aimee G. Mackay (SBN 221690)
   amackay@sidley.com
2  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
3  Los Angeles, California 90013-1010
   Telephone: (213) 896-6000
4  Facsimile: (213) 896-6600
   Attorneys For Defendant
5  C.V. CENTER, INC.

6  Lynn Hubbard, III (SBN 69733)
   Scottlynn Hubbard, IV (SBN 212970)
7  usdcso@hubslaw.com
   DISABLED ADVOCACY GROUP, APLC
8  12 Williamsburg Lane
   Chico, California 95926
9  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244
10 Attorneys For Plaintiff
   BARBARA HUBBARD

11
                    UNITED STATES DISTRICT COURT
12
                   SOUTHERN DISTRICT OF CALIFORNIA
13

14 | BARBARA HUBBARD, | ) | Case No. 08-CV-471-JAH LSP |
15 | Plaintiff, | ) | Assigned to: The Honorable John A. Houston |
16 | C.V. CENTER, INC., JAMBA JUICE COMPANY dba JAMBA JUICE #603; CASUAL DINING SERVICES, INC. dba PIZZERIA UNO; MERVYN'S LLC; STARBUCKS CORPORATION dba STARBUCKS COFFEE #6632; J.C. PENNEY COMPANY, INC. dba JCPENNEY #1274; SERLER, INC. dba SUBWAY #31595; MANA DEVELOPMENT GROUP, LLC dba PANERA BREAD, CAFÉ #4284 | ) | **NOTICE OF JOINT MOTION AND JOINT MOTION OF PLAINTIFF BARBARA HUBBARD AND DEFENDANT C.V. CENTER, INC. TO EXTEND TIME TO ANSWER OR MOVE TO DISMISS** |
22 | Defendants, | ) | |

**TO THE CLERK OF THE SOUTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that plaintiff Barbara Hubbard and defendant C.V. Center, Inc. hereby jointly move this Court for an order extending time to answer or move to dismiss plaintiff's Complaint ("the Complaint").  The Court has the authority to extend the time pursuant to Fed. R. Civ. P. 6(b) ("When by these rules…an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion…order the period enlarged if request therefore is made before the expiration of the period originally prescribed….").

The parties have agreed that extending the time for C.V. Center, Inc. ("C.V. Center") to respond to the Complaint will conserve the Court's and the parties' resources, and therefore believe that good cause exists for the Court to extend time. The Complaint alleges thirty-two (32) causes of action.  According to the Complaint, defendants operate and maintain facilities of public accommodation, which Plaintiff alleges do not meet the requirements of the Americans with Disabilities Act (42 U.S.C. §§ 12101 et seq.) and related statutes regarding accessibility for disabled individuals.  Due to the complexity of the allegations, C.V. Center and its counsel require additional time to review the Complaint and prepare C.V. Center's response thereto.  Plaintiff has agreed to extend C.V. Center's time to respond to the Complaint for twenty-five (25) days, to and including May 15, 2008.  This is the first extension of time provided to C.V. Center to respond to the Complaint, and the parties agree that this extension is not sought for the purpose of improper delay, and will not prejudice Plaintiff.

Accordingly, the parties believe that good cause exists for this Court to exercise its discretion to enlarge the time for C.V. Center to respond to the Complaint.

| | |
|---|---|
| Dated:  April 22, 2008 | SIDLEY AUSTIN LLP |
| | By:  /s/ Aimee G. Mackay<br>      E-mail:  amackay@sidley.com<br>      Attorney for Defendants<br>      C.V. CENTER, INC. |
| Dated:  April 22, 2008 | DISABLED ADVOCACY GROUP, APLC |
| | By:  /s/ Lynn Hubbard, III<br>      E-mail:  usdcso@hubslaw.com<br>      Attorney for Plaintiff<br>      BARBARA HUBBARD |