1  Aimee G. Mackay (SBN 221690)
    amackay@sidley.com
2  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
3  Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
4  Facsimile: (213) 896-6600
   Attorneys For Defendant
5  C.V. CENTER, INC.

6  Lynn Hubbard, III (SBN 69733)
   Scottlynn Hubbard, IV (SBN 212970)
7   usdcso@hubslaw.com
   DISABLED ADVOCACY GROUP, APLC
8  12 Williamsburg Lane
   Chico, California 95926
9  Telephone:  (530) 895-3252
   Facsimile:  (530) 894-8244
10 Attorneys For Plaintiff
   BARBARA HUBBARD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>            Plaintiff,<br><br>C.V. CENTER, INC., JAMBA JUICE COMPANY dba JAMBA JUICE #603; CASUAL DINING SERVICES, INC. dba PIZZERIA UNO; MERVYN'S LLC; STARBUCKS CORPORATION dba STARBUCKS COFFEE #6632; J.C. PENNEY COMPANY, INC. dba JCPENNEY #1274; SERLER, INC. dba SUBWAY #31595; MANA DEVELOPMENT GROUP, LLC dba PANERA BREAD, CAFÉ #4284<br><br>            Defendants, | Case No. 08-CV-471-JAH LSP<br><br>Assigned to: The Honorable John A. Houston<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE JOINT MOTION OF PLAINTIFF BARBARA HUBBARD AND DEFENDANT C.V. CENTER, INC. TO EXTEND TIME TO ANSWER OR MOVE TO DISMISS** |

Plaintiff Barbara Hubbard ("Plaintiff") and defendant C.V. Center, Inc. ("C.V. Center") hereby jointly move this Court for an order extending time to answer or move to dismiss Plaintiff's Complaint ("the Complaint").

## I.
## INTRODUCTION

Plaintiff filed the Complaint on March 13, 2008 against C.V. Center and seven other defendants. C.V. Center was through its agent for service of process by personal service on April 2, 2008. C.V. Center's response to the Complaint is due April 22, 2008. The parties have agreed that good cause exists for the Court to extend time for C.V. Center to respond to the Complaint, as set forth below.

## II.
## GOOD CAUSE EXISTS FOR THE COURT TO EXTEND THE TIME FOR C.V. CENTER TO ANSWER OR MOVE TO DISMISS

Pursuant to Federal Rule of Civil Procedure 6(b), this Court has the discretion to extend time for C.V. Center to respond to the Complaint. Fed. R. Civ. P. 6(b) ("When by these rules…an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion…order the period enlarged if request therefore is made before the expiration of the period originally prescribed…."). The parties have agreed that extending the time for C.V. Center will conserve the Court's and the parties' resources, and therefore believe that good cause exists for the Court to extend time.

The Complaint alleges thirty-two (32) causes of action. According to the Complaint, defendants operate and maintain facilities of public accommodation, which Plaintiff alleges do not meet the requirements of the Americans with Disabilities Act (42 U.S.C. §§ 12101 et seq.) and related statutes regarding accessibility for disabled individuals. Due to the complexity of the allegations, C.V. Center and its counsel require additional time to review the Complaint and prepare

C.V. Center's response thereto.  Plaintiff has agreed to extend C.V. Center's time to respond to the Complaint for twenty-five (25) days, to and including May 15, 2008.  This is the first extension of time provided to C.V. Center to respond to the Complaint, and the parties agree that this extension is not sought for the purpose of improper delay, and will not prejudice Plaintiff.

## III.
## CONCLUSION

The parties have stipulated that extending the time for C.V. Center to respond to the Complaint will conserve the parties' and the Court's resources.  The parties therefore believe that good cause exists for the Court to exercise its discretion under Rule 6(b) to extend the time to respond to the Complaint.  Accordingly, the parties jointly move this Court to extend the time.

Dated:  April 22, 2008        SIDLEY AUSTIN LLP


                              By:  /s/ Aimee G. Mackay
                                   E-mail: amackay@sidley.com
                                   Attorney for Defendant
                                   C.V. CENTER, INC.

Dated:  April 22, 2008        DISABLED ADVOCACY GROUP, APLC


                              By:  /s/ Lynn Hubbard, III
                                   E-mail: usdcso@hubslaw.com
                                   Attorney for Plaintiff
                                   BARBARA HUBBARD