UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>    Plaintiff,<br><br>C.V. CENTER, INC., JAMBA JUICE COMPANY dba JAMBA JUICE #603; CASUAL DINING SERVICES, INC. dba PIZZERIA UNO; MERVYN'S LLC; STARBUCKS CORPORATION dba STARBUCKS COFFEE #6632; J.C. PENNEY COMPANY, INC. dba JCPENNEY #1274; SERLER, INC. dba SUBWAY #31595; MANA DEVELOPMENT GROUP, LLC dba PANERA BREAD, CAFÉ #4284<br><br>    Defendants, | Case No. 08-CV-471-JAH LSP<br><br>Assigned to: The Honorable John A. Houston<br><br>**ORDER GRANTING JOINT MOTION OF PLAINTIFF BARBARA HUBBARD AND DEFENDANT C.V. CENTER, INC. TO EXTEND TIME TO ANSWER OR MOVE TO DISMISS** |

    Having considered the Joint Motion of Plaintiff Barbara Hubbard and Defendant C. V. Center, Inc. To Extend Time To Answer or Move To Dismiss filed April 22, 2008 and finding that good cause exists for the application, the Court hereby makes the following order:

    It is hereby **ORDERED** that the Joint Motion is **GRANTED** and Defendant C.V. Center, Inc. shall file its answer or motion to dismiss in response to

Plaintiff's Complaint by May 15, 2008. **IT IS SO ORDERED.**

Dated: April 23, 2008

_____
Hon. John A. Houston
Judge, United States District Court for the
Southern District of California