LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN, 212970
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08cv0471 JAH (LSP) |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| C.V. CENTER, INC. et al, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Plaintiff, Barbara Hubbard, hereby requests that purusant to FRCP 41 (a)(1), the Court dismiss the above entitled action, with prejudice, **as to defendant J.C. Penney Company, Inc. dba JCPenney #1274** *only*.

Nothing in this request shall be construed to affect plaintiff's complaint and claims in the above referenced case against defendants other than defendant J.C. Penney Company, Inc. dba JCPenney #1274.

Dated: April 29, 2008     DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

Notice of Voluntary Dismissal     *Hubbard v. C.V. Center, Inc., et al.*
08cv0471 JAH (LSP)