NORTON ADAMS & DOWNEY L.L.P.
William A. Adams, Esq. CSBN. 135035
525 B Street, Suite 1500
San Diego, California 92101
Ph: (619) 233-8200
Fx: (619) 231-7595
wadams@nortonadams.com

Attorney for Defendants: Casual Dining Services, Inc. dba Pizzeria Uno .

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08 cv 471 (JAH LSP) |
| Plaintiff, | **DEFENDANT CASUAL DINING INC.'S NOTICE OF MOTION AND MOTION TO DISMISS** |
| v. | |
| C.V. Center, Inc.; Jamba Juice Company dba Jamba Juice #603; Casual Dining Services, Inc. dba Pizzeria Uno; Mervyn's, LLC; Starbucks Corporation dba Starbucks Coffee #6632; J.C. Penney Company, Inc. dba J.C. Penney #1274; Serler, Inc. dba Subway #31595; Manna Development Group, LLC dba Panera Bread Café #4284, | FRCP § 12; 28 U.S.C. §1367(c)<br><br>Judge: Hon. John A. Houston<br>Room: 11<br>Date: June 9, 2008<br>Time: 2:30 P.M. |
| Defendants. | |

**TO PLAINTIFF AND HER ATTORNEY OF RECORD**:

PLEASE TAKE NOTICE that on June 9. 2008 at 2:30 P.M., in Court Room 11 of the above entitled court, located at 940 Front Street, San Diego, California, Defendant CASUAL DINING SERVICES, INC. dba PIZZERIA UNO (hereinafter referred to as "defendant"), responds to the Complaint of BARBARA HUBBARD, (referenced as "plaintiff") by moving the Court to Dismiss plaintiff's state law claims in the lawsuit for all of the reasons set forth in 28 U.S.C. § 1367(c). Defendant requests that its Motion be granted to each cause of action without leave to amend.

NORTON ADAMS & DOWNEY LLP
525 B Street, Suite 1500
San Diego, California 92101
Ph.:  (619) 233-8200
Fax:  (619) 231-7595

1   This Motion is based on this Notice of Motion, the Memorandum of Points and
2 Authorities in Support hereof, any declarations or evidence filed prior to the hearing, the
3 pleadings, records and files of the federal court system, and evidence and oral
4 argument presented at the hearing on the Motion.

7 Date:  May 9, 2008

**NORTON ADAMS & DOWNEY LLP**

By: s/William A. Adams
   William A. Adams
   Attorneys for Defendant
   CASUAL DINING SERVICES, INC.