1  STEVEN M. ZADRAVECZ (BAR NO. 185676)
   E-mail: szadravecz@jonesday.com
2  BRADLEY E. SCHWAN (BAR NO. 246457)
   E-mail: bschwan@jonesday.com
3  JONES DAY
   3 Park Plaza, Suite 1100
4  Irvine, CA 92614
   Telephone:    (949) 851-3939
5  Facsimile:    (949) 553-7539

6  Attorneys for Defendant
   MERVYN'S, LLC
7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  BARBARA HUBBARD,                    Case No. 3:08-CV-00471-JAH-LSP

11          Plaintiff,

12      v.                              **MERVYN'S, LLC'S ANSWER TO
                                        PLAINTIFF'S COMPLAINT**
13  C.V. CENTER, INC.;
    JAMBA JUICE COMPANY dba JAMBA       Complaint Filed: March 13, 2008
14  JUICE #603; CASUAL DINING SERVICES,
    INC. dba PIZZERIA UNO; MERVYN'S
15  LLC; STARBUCKS CORPORATION dba
    STARBUCKS COFFEE #6632;
16  J.C. PENNEY COMPANY, INC. dba
    JCPENNEY #1274; SERLER, INC. dba
17  SUBWAY #31595; MANNA
    DEVELOPMENT GROUP, LLC dba
18  PANERA BREAD CAFÉ #4284,

19
            Defendants.
20

21

22

23

24

25

26

27

28

1        Pursuant to Federal Rule of Civil Procedure 12(a), defendant Mervyn's, LLC

2    ("Mervyn's"), for itself only, hereby answers the Complaint of plaintiff Barbara Hubbard

3    ("Plaintiff") as follows:

4        1.   Mervyn's admits that this action purports to involve the Mervyn's store located at

5    555 "I" Street, Chula Vista, CA 91910 ("the Mervyn's facility"). Except as expressly admitted,

6    Mervyn's denies each and every allegation in Paragraph 1 of the Complaint to the extent the

7    allegations relate to Mervyn's. Mervyn's denies for lack of sufficient knowledge, information,

8    and belief each and every allegation in Paragraph 1 that relates to entities/facilities other than the

9    Mervyn's facility.

10        2.   Mervyn's admits that Plaintiff purports to seek damages, injunctive and declaratory

11    relief, and attorneys' fees and costs under various state and federal statutes as alleged in

12    Paragraph 2 of the Complaint. Except as expressly admitted, Mervyn's denies each and every

13    allegation in Paragraph 2 of the Complaint to the extent the allegations relate to Mervyn's, and

14    further denies that Plaintiff has suffered damages in any amount, or at all. Mervyn's denies for

15    lack of sufficient knowledge, information, and belief each and every allegation in Paragraph 2

16    that relates to entities/facilities other than the Mervyn's facility.

17        3.   Mervyn's admits that this Court has jurisdiction over claims arising under the

18    Americans with Disabilities Act under 28 U.S.C. Sections 1331 and 1343 to the extent that such

19    claims are not otherwise barred. Except as expressly admitted, Mervyn's denies each and every

20    allegation in Paragraph 3 of the Complaint.

21        4.   Mervyn's admits that Plaintiff attempts to invoke this Court's supplemental

22    jurisdiction with respect to her state law claims. Except as expressly admitted, Mervyn's denies

23    each and every allegation in Paragraph 4 of the Complaint.

24        5.   Mervyn's admits that Plaintiff purports to seek declaratory relief under 28 U.S.C. §§

25    2201 and 2202. Except as expressly admitted, Mervyn's denies each and every allegation in

26    Paragraph 5 of the Complaint.

27        6.   Mervyn's admits that 28 U.S.C. Sections 1391(b) and (c) pertain to venue, and that

28    Plaintiff alleges venue pursuant to 28 U.S.C. Sections 1391(b) and (c). Except as expressly

1  admitted, Mervyn's denies for lack of sufficient knowledge, information, and belief each and

2  every allegation in Paragraph 6 of the Complaint.

3          7.    Paragraph 7 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 7 in its

4  entirety for lack of sufficient knowledge, information, and belief.

5          8.    Paragraph 8 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 8 in its

6  entirety for lack of sufficient knowledge, information, and belief.

7          9.    Paragraph 9 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 9 in its

8  entirety for lack of sufficient knowledge, information, and belief.

9          10.   Mervyn's admits that it owns, operates, or leases the Mervyn's facility, and that it is

10  a limited liability corporation.  Except as expressly admitted, Mervyn's denies each and every

11  allegation in Paragraph 10 of the Complaint.

12          11.   Paragraph 11 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 1 in

13  its entirety for lack of sufficient knowledge, information, and belief.

14          12.   Paragraph 12 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 12 in

15  its entirety for lack of sufficient knowledge, information, and belief.

16          13.   Paragraph 13 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 13 in

17  its entirety for lack of sufficient knowledge, information, and belief.

18          14.   Paragraph 14 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 14 in

19  its entirety for lack of sufficient knowledge, information, and belief.

20          15.   Mervyn's denies for lack of sufficient knowledge, information, and belief each and

21  every allegation in Paragraph 15.

22          16.   Paragraph 16 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 16 in

23  its entirety for lack of sufficient knowledge, information, and belief.

24          17.   Paragraph 17 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 17 in

25  its entirety for lack of sufficient knowledge, information, and belief.

26          18.   Paragraph 18 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 18 in

27  its entirety for lack of sufficient knowledge, information, and belief.

28

19.     Mervyn's admits that the Mervyn's Facility is a retail establishment that is open to the public.  Except as expressly admitted, Mervyn's denies each and every allegation in Paragraph 19 of the Complaint.

20.     Paragraph 20 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 20 in its entirety for lack of sufficient knowledge, information, and belief.

21.     Paragraph 21 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 21 in its entirety for lack of sufficient knowledge, information, and belief.

22.     Paragraph 22 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 22 in its entirety for lack of sufficient knowledge, information, and belief.

23.     Paragraph 23 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 23 in its entirety for lack of sufficient knowledge, information, and belief.

24.     Mervyn's denies each and every allegation in Paragraph 24 of the Complaint for lack of sufficient knowledge, information, and belief.

25.     Mervyn's denies each and every allegation in Paragraph 25 of the Complaint to the extent the allegations relate to Mervyn's.  Mervyn's denies for lack of sufficient knowledge, information, and belief each and every allegation in Paragraph 25 that relates to entities/facilities other than the Mervyn's Facility.

26.     Paragraph 26 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 26 in its entirety for lack of sufficient knowledge, information, and belief.

27.     Paragraph 27 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 27 in its entirety for lack of sufficient knowledge, information, and belief.

28.     Paragraph 28 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 28 in its entirety for lack of sufficient knowledge, information, and belief.

29.     Paragraph 29 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 29 in its entirety for lack of sufficient knowledge, information, and belief.

30.     Paragraph 30 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 30 in its entirety for lack of sufficient knowledge, information, and belief.

LAI-2946268v1                                   3                          Case No. 3:08-CV-00471-JAH-LSP
Answer to Complaint

1      31.    Mervyn's denies each and every allegation in Paragraph 31 of the Complaint.

2      32.    Mervyn's denies each and every allegation in Paragraph 32 of the Complaint.

3      33.    Paragraph 33 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 33 in

4  its entirety for lack of sufficient knowledge, information, and belief.

5      34.    Paragraph 34 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 34 in

6  its entirety for lack of sufficient knowledge, information, and belief.

7      35.    Paragraph 35 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 35 in

8  its entirety for lack of sufficient knowledge, information, and belief.

9      36.    Paragraph 36 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 36 in

10  its entirety for lack of sufficient knowledge, information, and belief.

11      37.    Paragraph 37 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 37 in

12  its entirety for lack of sufficient knowledge, information, and belief.

13      38.    Paragraph 38 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 38 in

14  its entirety for lack of sufficient knowledge, information, and belief.

15      39.    Paragraph 39 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 39 in

16  its entirety for lack of sufficient knowledge, information, and belief.

17      40.    Paragraph 40 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 40 in

18  its entirety for lack of sufficient knowledge, information, and belief.

19      41.    Mervyn's denies each and every allegation in Paragraph 41 of the Complaint to the

20  extent the allegations relate to Mervyn's. Mervyn's denies for lack of sufficient knowledge,

21  information, and belief each and every allegation in Paragraph 41 that relates to entities/facilities

22  other than the Mervyn's facility.

23      42.    Paragraph 42 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 42 in

24  its entirety for lack of sufficient knowledge, information, and belief.

25      43.    Paragraph 43 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 43 in

26  its entirety for lack of sufficient knowledge, information, and belief.

27      44.    Paragraph 44 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 45 in

28  its entirety for lack of sufficient knowledge, information, and belief.

45.    Paragraph 45 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 45 in its entirety for lack of sufficient knowledge, information, and belief.

46.    Paragraph 46 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 46 in its entirety for lack of sufficient knowledge, information, and belief.

47.    Paragraph 47 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 47 in its entirety for lack of sufficient knowledge, information, and belief.

48.    Paragraph 48 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 48 in its entirety for lack of sufficient knowledge, information, and belief.

49.    Paragraph 49 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 49 in its entirety for lack of sufficient knowledge, information, and belief.

50.    Paragraph 50 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 50 in its entirety for lack of sufficient knowledge, information, and belief.

51.    Mervyn's denies each and every allegation in Paragraph 51 of the Complaint.

52.    Mervyn's denies each and every allegation in Paragraph 52 of the Complaint.

53.    Mervyn's denies each and every allegation in Paragraph 53 of the Complaint.

54.    Paragraph 54 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 54 in its entirety for lack of sufficient knowledge, information, and belief.

55.    Paragraph 55 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 55 in its entirety for lack of sufficient knowledge, information, and belief.

56.    Paragraph 56 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 56 in its entirety for lack of sufficient knowledge, information, and belief.

57.    Paragraph 57 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 57 in its entirety for lack of sufficient knowledge, information, and belief.

58.    Paragraph 58 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 58 in its entirety for lack of sufficient knowledge, information, and belief.

59.    Paragraph 59 is unrelated to Mervyn's.  Therefore Mervyn's denies Paragraph 59 in its entirety for lack of sufficient knowledge, information, and belief.

60.     Paragraph 60 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 60 in its entirety for lack of sufficient knowledge, information, and belief.

61.     Paragraph 61 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 61 in its entirety for lack of sufficient knowledge, information, and belief.

62.     Paragraph 62 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 62 in its entirety for lack of sufficient knowledge, information, and belief.

63.     Paragraph 63 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 63 in its entirety for lack of sufficient knowledge, information, and belief.

64.     Paragraph 64 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 64 in its entirety for lack of sufficient knowledge, information, and belief.

65.     Paragraph 65 is unrelated to Mervyn's. Therefore Mervyn's denies Paragraph 65 in its entirety for lack of sufficient knowledge, information, and belief.

<u>RESPONSE TO THE FIRST CLAIM FOR RELIEF</u>

**Americans with Disabilities Act of 1990**

<u>Denial of "Full and Equal" Enjoyment and Use</u>

(The Chula Vista Center Common Area Facility)

66.     Mervyn's incorporates by this reference its responses to Paragraphs 1 through 65, inclusive, of the Complaint.

67-82.     Paragraphs 66 through 82 are unrelated to Mervyn's. Therefore Mervyn's denies Paragraphs 66 through 82 in their entirety for lack of sufficient knowledge, information, and belief.

<u>RESPONSE TO THE SECOND CLAIM FOR RELIEF</u>

**Disabled Persons Act**

(The Chula Vista Center Common Area Facility)

83.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through 82, inclusive, of the Complaint.

84-89.    Paragraphs 83 through 89 are unrelated to Mervyn's. Therefore Mervyn's denies Paragraphs 83 through 89 in their entirety for lack of sufficient knowledge, information, and belief.

<u>RESPONSE TO THE THIRD CLAIM FOR RELIEF</u>

**Unruh Civil Rights Act**

(The Chula Vista Center Common Area Facility)

90.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through 89, inclusive, of the Complaint.

91-97.    Paragraphs 90 through 97 are unrelated to Mervyn's. Therefore Mervyn's denies Paragraphs 90 through 97 in their entirety for lack of sufficient knowledge, information, and belief.

<u>RESPONSE TO THE FOURTH CLAIM FOR RELIEF</u>

**Denial of Full and Equal Access to Public Facilities**

(The Chula Vista Center Common Area Facility)

98.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through 97, inclusive, of the Complaint.

99-102.    Paragraphs 98 through 102 are unrelated to Mervyn's. Therefore Mervyn's denies Paragraphs 98 through 102 in their entirety for lack of sufficient knowledge, information, and belief.

1    RESPONSE TO THE FIFTH CLAIM FOR RELIEF

2    **Americans with Disabilities Act of 1990**

3    Denial of "Full and Equal" Enjoyment and Use

4    (The Jamba Juice Facility)

5    103.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through

6    102, inclusive, of the Complaint.

7    104-119.    Paragraphs 103 through 119 are unrelated to Mervyn's.  Therefore Mervyn's

8    denies Paragraphs 103 through 119 in their entirety for lack of sufficient knowledge, information,

9    and belief.

10    RESPONSE TO THE SIXTH CLAIM FOR RELIEF

11    **Disabled Persons Act**

12    (The Jamba Juice Facility)

13    120.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through

14    119, inclusive, of the Complaint.

15    121-126.    Paragraphs 120 through 126 are unrelated to Mervyn's.  Therefore Mervyn's

16    denies Paragraphs 120 through 126 in their entirety for lack of sufficient knowledge, information,

17    and belief.

18    RESPONSE TO THE SEVENTH CLAIM FOR RELIEF

19    **Unruh Civil Rights Act**

20    (The Jamba Juice Facility)

21    127.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through

22    126, inclusive, of the Complaint.

23    128-134.    Paragraphs 127 through 134 are unrelated to Mervyn's.  Therefore Mervyn's

24    denies Paragraphs 127 through 134 in their entirety for lack of sufficient knowledge, information,

25    and belief.

26

27

28

<u>RESPONSE TO THE EIGHTH CLAIM FOR RELIEF</u>

**Denial of Full and Equal Access to Public Facilities**

(The Jamba Juice Facility)

135.        Mervyn's incorporates by this reference its responses to Paragraphs 1 through 134, inclusive, of the Complaint.

136-139.    Paragraphs 135 through 139 are unrelated to Mervyn's. Therefore Mervyn's denies Paragraphs 135 through 139 in their entirety for lack of sufficient knowledge, information, and belief.

<u>RESPONSE TO THE NINTH CLAIM FOR RELIEF</u>

**Americans with Disabilities Act of 1990**

<u>Denial of "Full and Equal" Enjoyment and Use</u>

(The Pizzeria Uno Facility)

140.        Mervyn's incorporates by this reference its responses to Paragraphs 1 through 139, inclusive, of the Complaint.

141-156.    Paragraphs 140 through 156 are unrelated to Mervyn's. Therefore Mervyn's denies Paragraphs 140 through 156 in their entirety for lack of sufficient knowledge, information, and belief.

<u>RESPONSE TO THE TENTH CLAIM FOR RELIEF</u>

**Disabled Persons Act**

(The Pizzeria Uno Facility)

157.        Mervyn's incorporates by this reference its responses to Paragraphs 1 through 156, inclusive, of the Complaint.

158-163.    Paragraphs 157 through 163 are unrelated to Mervyn's. Therefore Mervyn's denies Paragraphs 157 through 163 in their entirety for lack of sufficient knowledge, information, and belief.

<div align="center">RESPONSE TO THE ELEVENTH CLAIM FOR RELIEF</div>

<div align="center">**Unruh Civil Rights Act**</div>

<div align="center">(The Pizzeria Uno Facility)</div>

164.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through 163, inclusive, of the Complaint.

165-171.    Paragraphs 164 through 171 are unrelated to Mervyn's. Therefore Mervyn's denies Paragraphs 164 through 171 in their entirety for lack of sufficient knowledge, information, and belief.

<div align="center">RESPONSE TO THE TWELFTH CLAIM FOR RELIEF</div>

<div align="center">**Denial of Full and Equal Access to Public Facilities**</div>

<div align="center">(The Pizzeria Uno Facility)</div>

172.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through 171, inclusive, of the Complaint.

173-176.    Paragraphs 172 through 176 are unrelated to Mervyn's. Therefore Mervyn's denies Paragraphs 172 through 176 in their entirety for lack of sufficient knowledge, information, and belief.

<div align="center">RESPONSE TO THE THIRTEENTH CLAIM FOR RELIEF</div>

<div align="center">**Americans with Disabilities Act of 1990**</div>

<div align="center">Denial of "Full and Equal" Enjoyment and Use</div>

<div align="center">(The Mervyn's Facility)</div>

177.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through 176, inclusive, of the Complaint.

178.    Paragraph 178 of the Complaint contains only assertions and conclusions of law to which Mervyn's is not required to respond. To the extent that Plaintiff implies in Paragraph 178 that Mervyn's has in any way violated the Americans with Disabilities Act or any other state or federal statute, rule, or regulation, or to the extent that Plaintiff makes any factual assertions in Paragraph 178, Mervyn's denies each and every allegation in Paragraph 178 of the Complaint.

179.    Mervyn's denies each and every allegation in Paragraph 179 of the Complaint.

180.    Paragraph 180 of the Complaint contains only assertions and conclusions of law to which Mervyn's is not required to respond.  To the extent that Plaintiff implies in Paragraph 180 that Mervyn's has in any way violated the Americans with Disabilities Act or any other state or federal statute, rule, or regulation, or to the extent that Plaintiff makes any factual assertions in Paragraph 180, Mervyn's denies each and every allegation in Paragraph 180 of the Complaint.

181.    Paragraph 181 of the Complaint contains only assertions and conclusions of law to which Mervyn's is not required to respond.  To the extent that Plaintiff implies in Paragraph 181 that Mervyn's has in any way violated the Americans with Disabilities Act or any other state or federal statute, rule, or regulation, or to the extent that Plaintiff makes any factual assertions in Paragraph 181, Mervyn's denies each and every allegation in Paragraph 181 of the Complaint.

182.    Mervyn's denies each and every allegation in Paragraph 182 of the Complaint.

183.    Mervyn's denies each and every allegation in Paragraph 183 of the Complaint.

184.    Mervyn's admits that the Mervyn's Facility was designed and constructed after January 26, 1992.  The remaining allegations in Paragraph 184 of the Complaint contain only assertions and conclusions of law to which Mervyn's is not required to respond.  To the extent that Plaintiff implies in Paragraph 184 that Mervyn's has in any way violated the Americans with Disabilities Act or any other state or federal statute, rule, or regulation, or to the extent that Plaintiff makes any factual assertions in Paragraph 184, Mervyn's denies each and every allegation in Paragraph 184 of the Complaint.

185.    Paragraph 185 of the Complaint contains only assertions and conclusions of law to which Mervyn's is not required to respond.  To the extent that Plaintiff implies in Paragraph 185 that Mervyn's has in any way violated the Americans with Disabilities Act or any other state or federal statute, rule, or regulation, or to the extent that Plaintiff makes any factual assertions in Paragraph 185, Mervyn's denies each and every allegation in Paragraph 185 of the Complaint.

186.    Mervyn's denies each and every allegation in Paragraph 186 of the Complaint.

187.    Mervyn's denies each and every allegation in Paragraph 187 of the Complaint.

188.    Paragraph 188 of the Complaint contains only assertions and conclusions of law to which Mervyn's is not required to respond.  To the extent that Plaintiff implies in Paragraph 188

1   that Mervyn's has in any way violated the Americans with Disabilities Act or any other state or

2   federal statute, rule, or regulation, or to the extent that Plaintiff makes any factual assertions in

3   Paragraph 188, Mervyn's denies each and every allegation in Paragraph 188 of the Complaint.

4       189.    Mervyn's denies each and every allegation in Paragraph 189 of the Complaint.

5       190.    Paragraph 190 of the Complaint contains only assertions and conclusions of law to

6   which Mervyn's is not required to respond.  To the extent that Plaintiff implies in Paragraph 190

7   that Mervyn's has in any way violated the Americans with Disabilities Act or any other state or

8   federal statute, rule, or regulation, or to the extent that Plaintiff makes any factual assertions in

9   Paragraph 190, Mervyn's denies each and every allegation in Paragraph 190 of the Complaint.

10      191.    Mervyn's denies each and every allegation in Paragraph 191 of the Complaint.

11      192.    Mervyn's admits that Plaintiff purports to seek injunctive relief, attorneys' fees,

12  costs, and legal expenses as alleged in Paragraph 192 of the Complaint.  Except as expressly

13  admitted, Mervyn's denies each and every allegation in Paragraph 192 of the Complaint, and

14  denies that Plaintiff has suffered damages in any amount, or at all, and further denies that Plaintiff

15  is entitled to any form of relief in this action.

16      193.    Mervyn's admits that Plaintiff purports to seek declaratory relief as alleged in

17  Paragraph 193 of the Complaint.  Except as expressly admitted, Mervyn's denies each and every

18  allegation in Paragraph 193 of the Complaint, and denies that Plaintiff has suffered damages in

19  any amount, or at all, and further denies that Plaintiff is entitled to any form of relief in this

20  action.

21                  <u>RESPONSE TO THE FOURTEENTH CLAIM FOR RELIEF</u>

22                          **Disabled Persons Act**

23                          (The Mervyn's Facility)

24      194.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through 193,

25  inclusive, of the Complaint.

26      195.    Paragraph 195 of the Complaint contains only assertions and conclusions of law to

27  which Mervyn's is not required to respond.  To the extent that Plaintiff implies in Paragraph 195

28  that Mervyn's has in any way violated California Civil Code or any other state or federal statute,

1  rule, or regulation, or to the extent that Plaintiff makes any factual assertions in Paragraph 195,

2  Mervyn's denies each and every allegation in Paragraph 195 of the Complaint.

3      196.   Paragraph 196 of the Complaint contains only assertions and conclusions of law to

4  which Mervyn's is not required to respond.  To the extent that Plaintiff implies in Paragraph 196

5  that Mervyn's has in any way violated California Civil Code or any other state or federal statute,

6  rule, or regulation, or to the extent that Plaintiff makes any factual assertions in Paragraph 196,

7  Mervyn's denies each and every allegation in Paragraph 196 of the Complaint.

8      197.   Paragraph 197 of the Complaint contains only assertions and conclusions of law to

9  which Mervyn's is not required to respond.  To the extent that Plaintiff implies in Paragraph 197

10 that Mervyn's has in any way violated California Civil Code or any other state or federal statute,

11 rule, or regulation, or to the extent that Plaintiff makes any factual assertions in Paragraph 197,

12 Mervyn's denies each and every allegation in Paragraph 197 of the Complaint.

13     198.   Mervyn's denies each and every allegation in Paragraph 198 of the Complaint.

14     199.   Mervyn's admits that Plaintiff purports to seek damages, declaratory relief, and

15 other remedies as alleged in Paragraph 199 of the Complaint.  Except as expressly admitted,

16 Mervyn's denies each and every allegation in Paragraph 199 of the Complaint, and denies that

17 Plaintiff has suffered damages in any amount, or at all, and further denies that Plaintiff is entitled

18 to any form of relief in this action.

19     200.   Mervyn's admits that Plaintiff purports to seek injunctive relief and attorneys' fees

20 as alleged in Paragraph 200 of the Complaint.  Except as expressly admitted, Mervyn's denies

21 each and every allegation in Paragraph 200 of the Complaint, and denies that Plaintiff has

22 suffered damages in any amount, or at all, and further denies that Plaintiff is entitled to any form

23 of relief in this action.

## RESPONSE TO THE FIFTEENTH CLAIM FOR RELIEF

### Unruh Civil Rights Act

(The Mervyn's Facility)

27     201.   Mervyn's incorporates by this reference its responses to Paragraphs 1 through 200,

28 inclusive, of the Complaint.

202.    Paragraph 202 of the Complaint contains only assertions and conclusions of law to which Mervyn's is not required to respond.  To the extent that Plaintiff implies in Paragraph 202 that Mervyn's has in any way violated the California Unruh Act or any other state or federal statute, rule, or regulation, or to the extent that Plaintiff makes any factual assertions in Paragraph 202, Mervyn's denies each and every allegation in Paragraph 202 of the Complaint.

203.    Paragraph 203 of the Complaint contains only assertions and conclusions of law to which Mervyn's is not required to respond.  To the extent that Plaintiff implies in Paragraph 203 that Mervyn's has in any way violated the California Unruh Act or any other state or federal statute, rule, or regulation, or to the extent that Plaintiff makes any factual assertions in Paragraph 203, Mervyn's denies each and every allegation in Paragraph 203 of the Complaint.

204.    Paragraph 204 of the Complaint contains only assertions and conclusions of law to which Mervyn's is not required to respond.  To the extent that Plaintiff implies in Paragraph 204 that Mervyn's has in any way violated the California Unruh Act or any other state or federal statute, rule, or regulation, or to the extent that Plaintiff makes any factual assertions in Paragraph 204, Mervyn's denies each and every allegation in Paragraph 204 of the Complaint.

205.    Mervyn's denies each and every allegation in Paragraph 205 of the Complaint.

206.    Mervyn's denies each and every allegation in Paragraph 206 of the Complaint.

207.    Mervyn's admits that Plaintiff purports to seek statutory damages as alleged in Paragraph 207 of the Complaint.  Except as expressly admitted, Mervyn's denies each and every allegation in Paragraph 207 of the Complaint, and denies that Plaintiff has suffered damages in any amount, or at all, and further denies that Plaintiff is entitled to any form of relief in this action.

208.    Mervyn's admits that Plaintiff purports to seek injunctive relief and attorneys' fees as alleged in Paragraph 208 of the Complaint.  Except as expressly admitted, Mervyn's denies each and every allegation in Paragraph 208 of the Complaint, and denies that Plaintiff has suffered damages in any amount, or at all, and further denies that Plaintiff is entitled to any form of relief in this action.

RESPONSE TO THE SIXTEENTH CLAIM FOR RELIEF

**Denial of Full and Equal Access to Public Facilities**

(The Mervyn's Facility)

209.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through 208, inclusive, of the Complaint.

210.    Paragraph 210 of the Complaint contains only assertions and conclusions of law to which Mervyn's is not required to respond.  To the extent that Plaintiff implies in Paragraph 210 that Mervyn's has in any way violated the California Health and Safety Code or any other state or federal statute, rule, or regulation, or to the extent that Plaintiff makes any factual assertions in Paragraph 210, Mervyn's denies each and every allegation in Paragraph 210 of the Complaint.

211.    Paragraph 211 of the Complaint contains only assertions and conclusions of law to which Mervyn's is not required to respond.  To the extent that Plaintiff implies in Paragraph 211 that Mervyn's has in any way violated the California Health and Safety Code or any other state or federal statute, rule, or regulation, or to the extent that Plaintiff makes any factual assertions in Paragraph 211, Mervyn's denies each and every allegation in Paragraph 211 of the Complaint.

212.    Mervyn's denies each and every allegation in Paragraph 212 of the Complaint.

213.    Mervyn's admits that Plaintiff purports to seek injunctive relief and attorneys' fees as alleged in Paragraph 213 of the Complaint.  Except as expressly admitted, Mervyn's denies each and every allegation in Paragraph 213 of the Complaint, and denies that Plaintiff has suffered damages in any amount, or at all, and further denies that Plaintiff is entitled to any form of relief in this action.

RESPONSE TO THE SEVENTEENTH CLAIM FOR RELIEF

**Americans with Disabilities Act of 1990**

Denial of "Full and Equal" Enjoyment and Use

(The Starbucks Facility)

214.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through 213, inclusive, of the Complaint.

1       215-230.    Paragraphs 214 through 230 are unrelated to Mervyn's.  Therefore Mervyn's

2   denies Paragraphs 214 through 230 in their entirety for lack of sufficient knowledge, information,

3   and belief.

4              RESPONSE TO THE EIGHTEENTH CLAIM FOR RELIEF

5                     **Disabled Persons Act**

6                    (The Starbucks Facility)

7       231.       Mervyn's incorporates by this reference its responses to Paragraphs 1 through

8   230, inclusive, of the Complaint.

9       232-237.    Paragraphs 231 through 237 are unrelated to Mervyn's.  Therefore Mervyn's

10   denies Paragraphs 231 through 237 in their entirety for lack of sufficient knowledge, information,

11   and belief.

12              RESPONSE TO THE NINETEENTH CLAIM FOR RELIEF

13                  **Unruh Civil Rights Act**

14                    (The Starbucks Facility)

15       238.       Mervyn's incorporates by this reference its responses to Paragraphs 1 through

16   237, inclusive, of the Complaint.

17       239-245.    Paragraphs 238 through 245 are unrelated to Mervyn's.  Therefore Mervyn's

18   denies Paragraphs 238 through 245 in their entirety for lack of sufficient knowledge, information,

19   and belief.

20              RESPONSE TO THE TWENTIETH CLAIM FOR RELIEF

21         **Denial of Full and Equal Access to Public Facilities**

22                    (The Starbucks Facility)

23       246.       Mervyn's incorporates by this reference its responses to Paragraphs 1 through

24   245, inclusive, of the Complaint.

25       247-250.    Paragraphs 246 through 250 are unrelated to Mervyn's.  Therefore Mervyn's

26   denies Paragraphs 246 through 250 in their entirety for lack of sufficient knowledge, information,

27   and belief.

28

1      <u>RESPONSE TO THE TWENTY-FIRST CLAIM FOR RELIEF</u>

2      **Americans with Disabilities Act of 1990**

3      <u>Denial of "Full and Equal" Enjoyment and Use</u>

4      (The JCPenney Facility)

5      251.      Mervyn's incorporates by this reference its responses to Paragraphs 1 through

6   250, inclusive, of the Complaint.

7      252-267.    Paragraphs 251 through 267 are unrelated to Mervyn's.  Therefore Mervyn's

8   denies Paragraphs 251 through 267 in their entirety for lack of sufficient knowledge, information,

9   and belief.

10      <u>RESPONSE TO THE TWENTY-SECOND CLAIM FOR RELIEF</u>

11      **Disabled Persons Act**

12      (The JCPenney Facility)

13      268.      Mervyn's incorporates by this reference its responses to Paragraphs 1 through

14   267, inclusive, of the Complaint.

15      269-274.    Paragraphs 268 through 274 are unrelated to Mervyn's.  Therefore Mervyn's

16   denies Paragraphs 268 through 274 in their entirety for lack of sufficient knowledge, information,

17   and belief.

18      <u>RESPONSE TO THE TWENTY-THIRD CLAIM FOR RELIEF</u>

19      **Unruh Civil Rights Act**

20      (The JCPenney Facility)

21      275.      Mervyn's incorporates by this reference its responses to Paragraphs 1 through

22   274, inclusive, of the Complaint.

23      276-282.    Paragraphs 275 through 282 are unrelated to Mervyn's.  Therefore Mervyn's

24   denies Paragraphs 275 through 282 in their entirety for lack of sufficient knowledge, information,

25   and belief.

26

27

28

<u>RESPONSE TO THE TWENTY-FOURTH CLAIM FOR RELIEF</u>

**Denial of Full and Equal Access to Public Facilities**

(The JCPenney Facility)

283.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through 282, inclusive, of the Complaint.

284-287.    Paragraphs 283 through 287 are unrelated to Mervyn's.  Therefore Mervyn's denies Paragraphs 283 through 287 in their entirety for lack of sufficient knowledge, information, and belief.

<u>RESPONSE TO THE TWENTY-FIFTH CLAIM FOR RELIEF</u>

**Americans with Disabilities Act of 1990**

<u>Denial of "Full and Equal" Enjoyment and Use</u>

(The Subway Facility)

288.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through 287, inclusive, of the Complaint.

289-304.    Paragraphs 286 through 304 are unrelated to Mervyn's.  Therefore Mervyn's denies Paragraphs 286 through 304 in their entirety for lack of sufficient knowledge, information, and belief.

<u>RESPONSE TO THE TWENTY-SIXTH CLAIM FOR RELIEF</u>

**Disabled Persons Act**

(The Subway Facility)

305.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through 304, inclusive, of the Complaint.

306-311.    Paragraphs 305 through 311 are unrelated to Mervyn's.  Therefore Mervyn's denies Paragraphs 305 through 311 in their entirety for lack of sufficient knowledge, information, and belief.

1

## RESPONSE TO THE TWENTY-SEVENTH CLAIM FOR RELIEF

2

**Unruh Civil Rights Act**

3

(The Subway Facility)

4

312.       Mervyn's incorporates by this reference its responses to Paragraphs 1

5

through 311, inclusive, of the Complaint.

6

313-319.    Paragraphs 312 through 319 are unrelated to Mervyn's.  Therefore Mervyn's

7

denies Paragraphs 312 through 319 in their entirety for lack of sufficient knowledge, information,

8

and belief.

9

## RESPONSE TO THE TWENTY-EIGHTH CLAIM FOR RELIEF

10

**Denial of Full and Equal Access to Public Facilities**

11

(The Subway Facility)

12

320.       Mervyn's incorporates by this reference its responses to Paragraphs 1 through

13

319, inclusive, of the Complaint.

14

321-324.    Paragraphs 320 through 324 are unrelated to Mervyn's.  Therefore Mervyn's

15

denies Paragraphs 320 through 324 in their entirety for lack of sufficient knowledge, information,

16

and belief.

17

## RESPONSE TO THE TWENTY-NINTH CLAIM FOR RELIEF

18

**Americans with Disabilities Act of 1990**

19

Denial of "Full and Equal" Enjoyment and Use

20

(The Panera Bread Facility)

21

325.       Mervyn's incorporates by this reference its responses to Paragraphs 1 through

22

324, inclusive, of the Complaint.

23

326-341.    Paragraphs 325 through 341 are unrelated to Mervyn's.  Therefore Mervyn's

24

denies Paragraphs 325 through 341 in their entirety for lack of sufficient knowledge, information,

25

and belief.

26

27

28

1    <u>RESPONSE TO THE THIRTIETH CLAIM FOR RELIEF</u>

2    **Disabled Persons Act**

3    (The Panera Bread Facility)

4    342.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through

5    341, inclusive, of the Complaint.

6    343-348.    Paragraphs 342 through 348 are unrelated to Mervyn's. Therefore Mervyn's

7    denies Paragraphs 342 through 348 in their entirety for lack of sufficient knowledge, information,

8    and belief.

9    <u>RESPONSE TO THE THIRTY-FIRST CLAIM FOR RELIEF</u>

10    **Unruh Civil Rights Act**

11    (The Panera Bread Facility)

12    349.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through

13    348, inclusive, of the Complaint.

14    350-356.    Paragraphs 349 through 356 are unrelated to Mervyn's. Therefore Mervyn's

15    denies Paragraphs 349 through 356 in their entirety for lack of sufficient knowledge, information,

16    and belief.

17    <u>RESPONSE TO THE THIRTY-SECOND CLAIM FOR RELIEF</u>

18    **Denial of Full and Equal Access to Public Facilities**

19    (The Panera Bread Facility)

20    357.    Mervyn's incorporates by this reference its responses to Paragraphs 1 through

21    356, inclusive, of the Complaint.

22    358-361.    Paragraphs 357 through 361 are unrelated to Mervyn's. Therefore Mervyn's

23    denies Paragraphs 357 through 361 in their entirety for lack of sufficient knowledge, information,

24    and belief.

25    <u>RESPONSE TO PRAYER FOR RELIEF</u>

26    The remaining allegations in Plaintiff's Complaint are merely prayers for relief. Mervyn's

27    denies that Plaintiff is entitled to any remedy or relief, including the relief requested in Plaintiff's

28

1  Prayer For Relief Section XXXXI, including XXXXI(1)-(5), and denies that Plaintiff has suffered

2  any injury or damage in this matter.

3  <center>AFFIRMATIVE DEFENSES</center>

4  Mervyn's alleges the following separate and affirmative defenses, without conceding that

5  it bears the burden of proof or persuasion as to any of them.

6  <center>FIRST AFFIRMATIVE DEFENSE</center>

7  <center>(Failure To State A Claim)</center>

8  Plaintiff's Complaint, and each purported claim for relief alleged therein, fail to state a

9  claim against Mervyn's upon which relief can be granted. Plaintiff's allegations fail to set forth

10 facts adequate to support a prima facie case based upon discrimination due to disabilities.

11 <center>SECOND AFFIRMATIVE DEFENSE</center>

12 <center>(Failure To State A Claim For Injunctive Relief)</center>

13 Plaintiff's Complaint fails to state a claim upon which injunctive relief can be granted

14 against Mervyn's.

15 <center>THIRD AFFIRMATIVE DEFENSE</center>

16 <center>(Lack Of Standing For Violations Not Encountered)</center>

17 Plaintiff lacks standing to assert the Complaint, and each purported claim for relief alleged

18 therein, as to any alleged disability access violation not actually encountered by her because

19 Plaintiff cannot show injury in fact as to such alleged violations.

20 <center>FOURTH AFFIRMATIVE DEFENSE</center>

21 <center>(Lack Of Standing For Claim Under Health & Safety Code Section 19955(a))</center>

22 Plaintiff lacks standing to assert a separate cause of action against Mervyn's pursuant to

23 California Health and Safety Code Section 19955(a).

24 <center>FIFTH AFFIRMATIVE DEFENSE</center>

25 <center>(Statutes Of Limitation)</center>

26 Plaintiff's Complaint, and each purported claim for relief alleged therein, are barred, in

27 whole or in part, by the applicable statutes of limitation.

28

1

## SIXTH AFFIRMATIVE DEFENSE

2

### (Laches)

3   Plaintiff's Complaint, and each purported claim for relief alleged therein, are barred by the

4   doctrine of laches.

5

## SEVENTH AFFIRMATIVE DEFENSE

6

### (Estoppel)

7   Plaintiff's Complaint, and each purported claim for relief alleged therein, are barred by the

8   doctrine of estoppel.

9

## EIGHTH AFFIRMATIVE DEFENSE

10

### (Unclean Hands)

11   Plaintiff's Complaint, and each purported claim for relief alleged therein, are barred by the

12   doctrine of unclean hands.

13

## NINTH AFFIRMATIVE DEFENSE

14

### (Performance Of Duties)

15   Plaintiff's Complaint, and each purported claim for relief alleged therein, are barred

16   because Mervyn's fully performed all contractual, statutory, and other duties owed to Plaintiff

17   under applicable law.

18

## TENTH AFFIRMATIVE DEFENSE

19

### (No Authority)

20   Plaintiff's Complaint, and each purported claim for relief alleged therein, are barred

21   because, to the extent that Plaintiff alleges Mervyn's has obligations under state or federal law to

22   remove barriers at the Mervyn's Facility, the alleged obligations exceed the scope of the

23   legislated authority.

24

## ELEVENTH AFFIRMATIVE DEFENSE

25

### (Reliance On Issuance Of Building Permits)

26   Plaintiff's Complaint, and each purported claim for relief alleged therein, are barred

27   because local building authorities issued appropriate permits and Certificates of Occupancy for

28

1   the Mervyn's Facility, and Mervyn's had a right to rely on the issuance of the permits as

2   establishing compliance with all applicable laws, regulations, orders, and approvals.

### TWELFTH AFFIRMATIVE DEFENSE

#### (Readily Achievable)

5      Plaintiff's Complaint, and each purported claim for relief alleged therein, are barred

6   because appropriate accessibility changes have been made and continue to be made at the

7   Mervyn's Facility to the extent such changes are readily achievable.  To the extent that any

8   changes have not been made that Plaintiff contends should have been made, those changes are not

9   required under applicable law and are not readily achievable.

### THIRTEENTH AFFIRMATIVE DEFENSE

#### (Undue Burden)

12      Plaintiff's Complaint, and each purported claim for relief alleged therein, are barred

13   because, to the extent that alterations have not been made to the Mervyn's Facility that Plaintiff

14   contends should have been made, those changes were not required under applicable law, and any

15   requirement to make those changes would impose an undue burden.

### FOURTEENTH AFFIRMATIVE DEFENSE

#### (Modifications Not Required)

18      Plaintiff has demanded modifications to the Mervyn's Facility that are either not readily

19   achievable, technically infeasible, not required, would create an undue hardship on Mervyn's,

20   would fundamentally alter the way Mervyn's provides its goods and services, or would create a

21   risk to the health and safety of Plaintiff and others.

### FIFTEENTH AFFIRMATIVE DEFENSE

#### (Reasonableness, Good Faith, And Non-Discrimination)

24      Plaintiff's Complaint, and each purported claim for relief alleged therein, are barred

25   because Mervyn's acted reasonably, honestly, in good faith, and in a non-discriminatory manner

26   at all material times based on all relevant facts and circumstances known by it at the time it so

27   acted.

28

SIXTEENTH AFFIRMATIVE DEFENSE

(Not Authorized By Unruh Act)

Plaintiff is barred from obtaining relief under California Civil Code Sections 51, *et seq.* because nothing therein may be construed to require any construction, alteration, repair, structural or otherwise, or modification of any sort whatsoever, to any existing establishment, facility, building, improvement, or any other structure.

SEVENTEENTH AFFIRMATIVE DEFENSE

(No Discrimination)

The claim for relief alleged in Plaintiff's Complaint under California Civil Code Sections 51, *et seq.* is barred because Mervyn's' conduct is applicable alike to all persons.

EIGHTEENTH AFFIRMATIVE DEFENSE

(Not Member Of Protected Class)

Plaintiff's Complaint, and each purported claim for relief alleged therein, are barred because Plaintiff is not a member of the class of individuals that the Americans with Disabilities Act or California's disability access statutes are designed to protect.

NINETEENTH AFFIRMATIVE DEFENSE

(Disproportionate Costs)

Mervyn's alleges that the cost of some or all of the modifications to the Mervyn's Facility that Plaintiff seeks in this action is disproportionate in terms of both cost and scope to that of any alterations made within the statutory period, if any.

TWENTIETH AFFIRMATIVE DEFENSE

(Equal Access)

Plaintiff's Complaint, and each purported claim for relief alleged therein, are barred because Plaintiff has the same access to the Mervyn's Facility as non-disabled persons.

TWENTY-FIRST AFFIRMATIVE DEFENSE

(Compliance With Applicable Law)

Mervyn's alleges that the goods and services as provided at the Mervyn's Facility to the public, including Plaintiff, are accessible to and usable by persons with disabilities as required

1  under federal and state law, including without limitation, the Americans with Disabilities Act, 42

2  U.S.C. Sections 12101, *et seq.*, the Unruh Act, California Civil Code Sections 51, *et seq.*, the

3  Blind and Other Physically Disabled Persons Act, California Civil Code Section 54, *et seq.*,

4  Health and Safety Code Part 5.5, and all other disability access statutes, rules, and regulations.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

#### (Compliance With Applicable Law)

7  Mervyn's alleges that the goods and services as provided at the Mervyn's Facility to the

8  public, including Plaintiff, are accessible to and usable by persons with disabilities as required

9  under federal and state law, including without limitation, the Americans with Disabilities Act, 42

10  U.S.C. Sections 12101, *et seq.*, the Unruh Act, California Civil Code Sections 51, *et seq.*, the

11  Blind and Other Physically Disabled Persons Act, California Civil Code Section 54, *et seq.*,

12  Health and Safety Code Part 5.5, and all other disability access statutes, rules, and regulations.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

#### (Failure To Mitigate Damages)

15  Plaintiff had a duty to mitigate his damages and, to the extent he failed to do so, any

16  damages awarded to Plaintiff should be reduced accordingly.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

#### (Adequate Legal Remedy)

19  Plaintiff is not entitled to any injunctive or equitable relief because she has adequate legal

20  remedies.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

#### (No Irreparable Harm)

23  Plaintiff is not entitled to any injunctive or equitable relief because Plaintiff has not and

24  will not suffer irreparable harm or injury.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Improper Party)

Plaintiff's Complaint, and each purported claim for relief alleged therein, are barred to the extent Mervyn's did not and does not own, operate, lease, maintain or have any responsibility for portions of the Mervyn's Facility that allegedly fail to comply with applicable law.

## PRAYER FOR RELIEF

Mervyn's does not presently know all the facts and circumstances respecting Plaintiff's claims. Mervyn's reserves the right to amend this Answer should it later discover facts demonstrating the existence of additional affirmative defenses.

WHEREFORE, Mervyn's hereby prays for the following relief:

1.    That Plaintiff take nothing by reason of the Complaint and that Judgment be rendered in favor of Mervyn's;

2.    That Mervyn's be awarded its attorneys' fees and the costs of suit incurred by it in this action; and

3.    For such other and further relief as the Court deems just and proper.

Dated: May 12, 2008.                    JONES DAY

                                        By: s/ STEVEN M. ZADRAVECZ
                                        _____
                                            Steven M. Zadravecz
                                        Attorneys for Defendant
                                        MERVYN'S, LLC