1  STEVEN M. ZADRAVECZ (BAR NO. 185676)
   E-mail: szadravecz@jonesday.com
2  BRADLEY E. SCHWAN (BAR NO. 246457)
   E-mail: bschwan@jonesday.com
3  JONES DAY
   3 Park Plaza, Suite 1100
4  Irvine, CA 92614
   Telephone:  (949) 851-3939
5  Facsimile:  (949) 553-7539

6  Attorneys for Defendant
   MERVYN'S, LLC
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 BARBARA HUBBARD,                    Case No. 3:08-CV-00471-JAH-LSP
11         Plaintiff,
                                       **CERTIFICATE OF SERVICE**
12     v.
                                       Complaint Filed: March 13, 2008
13 C.V. CENTER, INC.;
   JAMBA JUICE COMPANY dba JAMBA
14 JUICE #603; CASUAL DINING SERVICES,
   INC. dba PIZZERIA UNO; MERVYN'S
15 LLC; STARBUCKS CORPORATION dba
   STARBUCKS COFFEE #6632;
16 J.C. PENNEY COMPANY, INC. dba
   JCPENNEY #1274; SERLER, INC. dba
17 SUBWAY #31595; MANNA
   DEVELOPMENT GROUP, LLC dba
18 PANERA BREAD CAFÉ #4284,

19         Defendants.

20
21
22
23
24
25
26
27
28

LAI-2949135v1                                      Case No. 3:08-CV-00471-JAH-LSP
                                                         CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List:

**MERVYN'S LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 12, 2008.

Dated: May 12, 2008.

JONES DAY

By: s/ STEVEN M. ZADRAVECZ
    Steven M. Zadravecz

Attorneys for Defendant
MERVYN'S, LLC

**Mailing Information for Case 3:08-CV-00471-JAH-LSP**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Lynn Hubbard, III
usdcso@hubslaw.com

Scottlynn J. Hubbard, IV
usdcso@hubslaw.com

William A. Adams
wadams@nortonadams.com
info@nortonadams.com

Stephanie S. Der
sder@akingump.com
thowe@akingump.com
westdocketing@akingump.com

Aimee G. Mackay
amackay@sidley.com
rallemand@sidley.com