**William J. Freed, Esq.  SB #144829**
**WALWICK & FREED**
815 Civic Center Drive
Oceanside CA 92054
(760) 722-4221

Attorney for Serler, Inc., dba Subway #31595

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD, | CASE NO. 08CV471 JAH(LSP) |
| Plaintiff, | Honorable John A. Houston |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| C.V. CENTER, INC.; JAMBA JUICE COMPANY dba JAMBA JUICE #603; CASUAL DINING SERVICES, INC., dba PIZZERIA UNO; MERVYN'S LLC; STARBUCKS CORPORATION, dba STARBUCKS COFFEE #6632; J.C. PENNEY COMPANY, dba JCPENNEY #1274; SERLER, INC., dba SUBWAY #31595; MANNA DEVELOPMENT GROUP, LLC, dba PANERA BREAD CAFÉ #4284, | |
| Defendants, | |

Pursuant to Fed. R. Civ P. 6(b), the Court has the authority to extend the time required to respond to a complaint. Defendant Serler, Inc., dba Subway #31595 ("Defendant") was personally served 20 days ago and has been seeking legal counsel to represent him and has been investigating the factual allegations contained in the 71 page Complaint that alleges *inter alia*, non-compliance with various parts of the Americans with Disabilities Act. Defendant has just retained counsel, Walwick & Freed, and counsel needs time to review the facts and allegations in order to prepare a

1  proper response. Defendant requires additional time to review the Complaint in order to respond to
2  the allegations.
3      Defendant Serler, Inc. and Plaintiff, Barbara Hubbard ("Plaintiff") have agreed to extend
4  Defendant's time to respond to the Complaint for 14 days, to and including May 26, 2008. The
5  parties agree that the extension is not sought for the purpose of improper delay, and will not
6  prejudice Plaintiff. The extension will also conserve the Court's and the parties resources.
7  Accordingly, the parties believe that good cause exists for granting the extension.
8      The parties hereby jointly move for an order extending the time for Defendant to file its
9  response to Plaintiff's Complaint. The parties jointly request that the deadline for filing Defendant's
10 First Responsive pleading be extended from 5-12-08 to 5-26-08. This is the first request for an
11 extension.
12     Good cause exists for granting an extension and the Court is respectfully requested to grant
13 this request.

Dated: May 12, 2008

WALWICK & FREED
A Professional Law Corporation

                     /s/ William J. Freed
By:_____
    William J. Freed, attorney for
    E-Mail: wjfreed@sdlawyers.net
    Defendant, SERLER, INC., dba
    Subway #31595

Dated: May 12, 2008

DISABLED ADVOCACY GROUP, APLC

                     /s/ Lynn Hubbard, III
By:_____
    Lynn Hubbard, III
    E-mail: usdcso@hubslaw.com
    Attorney for Plaintiff,
    BARBARA HUBBARD