1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BARBARA HUBBARD, | ) | **CASE NO.** 08CV471 JAH(LSP) |
| Plaintiff, | ) ) | Honorable John A. Houston |
| vs. | ) ) | **ORDER GRANTING JOINT MOTION** |
| C.V. CENTER, INC.; JAMBA JUICE | ) | **FOR EXTENSION OF TIME FOR** |
| COMPANY dba JAMBA JUICIE #603; | ) | **SERLER, INC., dba SUBWAY 31595 TO** |
| CASUAL DINING SERVICES, INC., dba | ) | **FILE RESPONSIVE PLEADING** |
| PIZZERIA UNO; MERVYN'S LLC; | ) | |
| STARBUCKS CORPORATION, dba | ) | |
| STARBUCKS COFFEE #6632; J.C. | ) | |
| PENNEY COMPANY, dba JCPENNEY | ) | |
| #1274; SERLER, INC., dba SUBWAY | ) | |
| #31595; MANNA DEVELOPMENT | ) | |
| GROUP, LLC, dba PANERA BREAD | ) | |
| CAFÉ #4284, | ) | |
| Defendants, | ) ) | |
| _____ | ) | |

Having considered the Joint Motion of Plaintiff, Barbara Hubbard and Defendant, Serler,

Inc., dba Subway #31595, to extend time for Defendant, Serler, Inc., dba Subway #31595, to file a

responsive pleading and finding that good cause exists for the application, the Court hereby makes

the following order:

1

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR SERLER, INC.,
dba SUBWAY 31595 TO FILE RESPONSIVE PLEADING

08cv471JAH(LSP)

1         It is hereby **ORDERED** that the Joint Motion to **GRANTED** and Defendant, Server, Inc.,

2     dba Subway #31595, shall file its responsive pleading to Plaintiff's Complaint by May 26, 2008.

3         **IT IS SO ORDERED**.

4

5     DATED:  May 13, 2008

6     

7                         JOHN A. HOUSTON
                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR SERLER, INC.,
dba SUBWAY 31595 TO FILE RESPONSIVE PLEADING

08cv471JAH(LSP)