1  Max C. Fischer (SBN 226003)
   mfischer@sidley.com
2  Aimee G. Mackay (SBN 221690)
   amackay@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, California 90013-1010
   Telephone: (213) 896-6000
5  Facsimile: (213) 896-6600
6  Attorneys For Defendant
   C.V. CENTER, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08-CV-471-JAH LSP |
| Plaintiff, | Assigned to: The Honorable John A. Houston |
| C.V. CENTER, INC., JAMBA JUICE COMPANY dba JAMBA JUICE #603; CASUAL DINING SERVICES, INC. dba PIZZERIA UNO; MERVYN'S LLC; STARBUCKS CORPORATION dba STARBUCKS COFFEE #6632; J.C. PENNEY COMPANY, INC. dba JCPENNEY #1274; SERLER, INC. dba SUBWAY #31595; MANA DEVELOPMENT GROUP, LLC dba PANERA BREAD, CAFÉ #4284 | **NOTICE OF PARTIES WITH FINANCIAL INTEREST BY DEFENDANT C.V. CENTER, INC.**<br><br>Local Rule 40.2 |
| Defendants, | |

1  **PLEASE TAKE NOTICE** that pursuant to Local Rule 40.2, the undersigned, counsel of record for Defendant C.V. Center, Inc., certifies that C.V. Center, Inc. is a subsidiary of General Growth Properties, Inc., a publicly held company. These listed parties have a direct, pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal and will be amended if additional such parties are identified.

Dated:  May 15, 2008          SIDLEY AUSTIN LLP


By:  /s/ Aimee G. Mackay
     E-mail: amackay@sidley.com
     Attorney for Defendant
     C.V. CENTER, INC.