Max C. Fischer (SBN 226003)
 mfischer@sidley.com
Aimee G. Mackay (SBN 221690)
 amackay@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Attorneys For Defendant
C.V. CENTER, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>  Plaintiff,<br><br>C.V. CENTER, INC., JAMBA JUICE COMPANY dba JAMBA JUICE #603; CASUAL DINING SERVICES, INC. dba PIZZERIA UNO; MERVYN'S LLC; STARBUCKS CORPORATION dba STARBUCKS COFFEE #6632; J.C. PENNEY COMPANY, INC. dba JCPENNEY #1274; SERLER, INC. dba SUBWAY #31595; MANA DEVELOPMENT GROUP, LLC dba PANERA BREAD, CAFÉ #4284<br><br>  Defendants, | Case No. 08-CV-471-JAH LSP<br><br>Assigned to: The Honorable John A. Houston<br><br>**CERTIFICATE OF SERVICE** |

1. I hereby certify that I am employed in the County of Los Angeles, State of California; that I am over the age of 18 and not a party to the within action; that my business address is Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California 90013; and that I am a registered CM/ECF user.

On May 23, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to registered users, whose email addresses are denoted on the attached service list:

**JOINDER OF DEFENDANT C.V. CENTER, INC. TO MOTION TO DISMISS BY DEFENDANT CASUAL DINING SERVICES, INC.**

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 23, 2008.

Dated: May 23, 2008            SIDLEY AUSTIN LLP

By:   /s/ Aimee G. Mackay
      E-mail: amackay@sidley.com
      Attorney for Defendant
      C.V. CENTER, INC.

2

**CERTIFICATE OF SERVICE**

08CV471

**Mailing Information for Case No. 3:08-CV-00471 JAH LSP**

**Electronic Mail Notice List**

The following are those currently registered to receive electronic notice in this case:

<u>William A Adams</u>
wadams@nortonadams.com
info@nortonadams.com

<u>Stephanie S Der</u>
sder@akingump.com
thowe@akingump.com
westdocketing@akingump.com

<u>Lynn Hubbard, III</u>
usdcso@hubslaw.com

<u>Scottlynn J Hubbard, IV</u>
usdcso@hubslaw.com

<u>Aimee G Mackay</u>
amackay@sidley.com
rallemand@sidley.com

<u>Steven M Zadravecz</u>
szadravecz@jonesday.com
ljpeterson@jonesday.com

<u>William J. Freed</u>
wjfreed@sdlawyers.net
brenda@sdlawyers.net

---

3

**CERTIFICATE OF SERVICE**