**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HUBBARD | v. C.V. CENTER | No. 08-0471-JAH(LSP) |
| HON. LEO S. PAPAS | CT. DEPUTY J. JARABEK | Rptr. 2 H |

Attorneys

| Plaintiffs | Defendants |
|---|---|
| LYNN HUBBARD | AIMEE MACKAY |
| | GARY MCLAUGHLIN |
| | WILLIAM ADAMS |

ENE held.

On or before June 2, 2008 at 12:00 Noon, counsel for non-settling Defendants shall contact the Court regarding settlement.

DATED: May 29, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge