**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>HUBBARD</u>                    v. <u>C.V. CENTER</u>                    No. <u>08-0471-JAH(LSP)</u>

<u>HON. LEO S. PAPAS</u>     <u>CT. DEPUTY J. JARABEK</u>        <u>Rptr.</u>
                                        <u>Attorneys</u>
        <u>Plaintiffs</u>                                        <u>Defendants</u>

The Court is informed that all defendants in this case, except for Defendant Jamba Juice, have settled with Plaintiff.

A Settlement Disposition Conference regarding the settling defendants shall be held on <u>July 15, 2008</u>, at <u>4:00 p.m.</u>, in the chambers of Magistrate Papas unless a signed stipulation for dismissal of this case is filed and <u>a copy of the signed stipulation is provided to the chambers of Magistrate Judge Papas, prior to that time</u>. If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas <u>at least one court day before</u> the date indicated above, to explain the reasons therefor. <u>Monetary sanctions shall be imposed for failure to comply with this order</u>.

DATED: June 3, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge