NORTON ADAMS & DOWNEY L.L.P.
William A. Adams, Esq. CSBN. 135035
525 B Street, Suite 1500
San Diego, California 92101
Ph: (619) 233-8200
Fx: (619) 231-7595
wadams@nortonadams.com

Attorney for Defendants: Casual Dining Services, Inc. dba Pizzeria Uno .

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08 cv 00471 (JAH LSP) |
| Plaintiff, | **DEFENDANT CASUAL DINING INC.'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS** |
| v. | |
| C.V. Center, Inc.; Jamba Juice Company dba Jamba Juice #603; Casual Dining Services, Inc. dba Pizzeria Uno; Mervyn's, LLC; Starbucks Corporation dba Starbucks Coffee #6632; J.C. Penney Company, Inc. dba J.C. Penney #1274; Serler, Inc. dba Subway #31595; Manna Development Group, LLC dba Panera Bread Café #4284, | Judge: Hon. John A. Houston<br>Room: 11<br>Date: June 9, 2008<br>Time: 2:30 P.M. |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that DEFENDANT CASUAL DINING INC. (dba Pizzeria Uno) hereby withdraws without prejudice its Motion to Dismiss calendared for June 9. 2008 as the result of a settlement agreement reached between said Defendant and Plaintiff BARBARA HUBBARD.

Date: June 3, 2008         **NORTON ADAMS & DOWNEY LLP**

By: s/William A. Adams
William A. Adams
Attorneys for Defendant
CASUAL DINING SERVICES, INC.