NORTON ADAMS & DOWNEY L.L.P.
William A. Adams, Esq. CSBN. 135035
525 B Street, Suite 1500
San Diego, California 92101
Ph: (619) 233-8200
Fx: (619) 231-7595
wadams@nortonadams.com

Attorney for Defendants: Casual Dining Services, Inc. dba Pizzeria Uno .

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>  Plaintiff,<br><br>  v.<br><br>C.V. Center, Inc.; Jamba Juice Company dba Jamba Juice #603; Casual Dining Services, Inc. dba Pizzeria Uno; Mervyn's, LLC; Starbucks Corporation dba Starbucks Coffee #6632; J.C. Penney Company, Inc. dba J.C. Penney #1274; Serler, Inc. dba Subway #31595; Manna Development Group, LLC dba Panera Bread Café #4284,<br><br>  Defendants. | **Case No. 08 cv 00471 (JAH LSP)**<br><br>**DECLARATION OF WILLIAM ADAMS IN SUPPORT OF DEFENDANT CASUAL DINING INC.'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**<br><br>Judge: Hon. John A. Houston<br>Room: 11<br>Date: June 9, 2008<br>Time: 2:30 P.M. |

I, WILLIAM A. ADAMS, declare as follows:

1.  I am an attorney licensed to practice law in all the courts of the state of California, and in the Southern District of the U.S. District Court. I am the attorney of record for Defendant CASUAL DINING SERVICES, INC. in this action.

2. On May 29, 2008, at the Early Neutral Evaluation Conference in this matter, Plaintiff BARBARA HUBBARD and my client reached a settlement in principle. The

parties are presently preparing the documents necessary to effectuate this settlement and dismiss the Complaint against my client.

3. On May 29, 2008, I notified the Trial Court and the Defendants who filed joinders to my client's Motion to Dismiss of the settlement and that it was not my client's intention to prosecute the Motion, nor to prejudice the defendants who had joined in the Motion. I also sent emails to the attorneys representing the defendants who filed joinders notifying them of the same; and that they should contact the Court if it was their clients' desire to prosecute the Motion. I received email from counsel for each of such defendants acknowledging that my email notifications were received.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Date: June 3, 2008

/s/William A. Adams
William A. Adams
wadams@nortonadams.com

NORTON ADAMS & DOWNEY LLP
525 B Street, Suite 1500
San Diego, California 92101
Ph.: (619) 233-8200
Fax: (619) 231-7595

Declaration ISO Withdrawal of Motion to Dismiss [USDC # 08 CV 471 (JLH LSP)]

- 2