NORTON ADAMS & DOWNEY L.L.P.
William A. Adams, Esq. CSBN. 135035
525 B Street, Suite 1500
San Diego, California 92101
Ph: (619) 233-8200
Fx: (619) 231-7595
wadams@nortonadams.com

Attorney for Defendants: Casual Dining Services, Inc. dba Pizzeria Uno .

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08 cv 00471 (JAH LSP) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| C.V. Center, Inc.; Jamba Juice Company dba Jamba Juice #603; Casual Dining Services, Inc. dba Pizzeria Uno; Mervyn's, LLC; Starbucks Corporation dba Starbucks Coffee #6632; J.C. Penney Company, Inc. dba J.C. Penney #1274; Serler, Inc. dba Subway #31595; Manna Development Group, LLC dba Panera Bread Café #4284, | |
| Defendants. | |

_Hubbard v. C.V. Center, Inc. et al._
[USDC # 08cv 471 JAH (LSP)]

I, William A. Adams, declare as follows:

   I am over the age of eighteen years, and am not a party to the action. I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 525 "B" Street, Suite 1500, San Diego, California 92101.

**On June 3, 2008, I served the following documents in the above-captioned matter:**

DEFENDANT CASUAL DINING INC.'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS and DECLARATION OF WILLIAM ADAMS IN SUPPORT OF DEFENDANT CASUAL DINING INC.'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

Proof of Service [USDC # 08 CV 471 (JLH LSP)]

- 1 -

**On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption and number, including the parties identified in the attached service list.**

**In the following manner:**

( )  BY MAIL.  I placed a true copy of such documents in a sealed envelope for deposit in the United States mail.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business in sealed envelopes with postage thereon full prepaid, in the United States mail at San Diego, California, in the ordinary course of business.

( )  BY FAX.  I delivered a true copy of the above-referenced document or documents by facsimile transmission to the addressee or addressees listed above. (Plaintiff only)

( )  BY PERSONAL SERVICE.  I hand-delivered the above-referenced document or documents to the addressee, or an officer or agent of the addressee at the above-referenced address.

( )  BY EXPRESS MAIL.  I caused the above-referenced document or documents to be deposited in a box or other facility regularly maintained by an express service carrier providing overnight delivery.

(X)  BY NOTICE OF ELECTRONIC FILING.  I delivered a true copy of the above-referenced document or documents by Notice of Electronic Filing generated by the Court's CM/ECF system, pursuant to the Court's Local Rules, to the addressee or addressees listed above.

( )  EMAIL.  I attached a true and correct copy of such documents to an email sent to addressee(s) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.  Signed this Tuesday, June 03, 2008, at San Diego, California.

             ___/s/ William A. Adams____
             William A. Adams

NORTON ADAMS & DOWNEY LLP
525 B Street, Suite 1500
San Diego, California 92101
Ph.:  (619) 233-8200
Fax:  (619) 231-7595