UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARBARA HUBBARD, | ) | Civil No. 08cv0471 JAH (LSP) |
| Plaintiff, | ) | **ORDER RE: MOTION TO DISMISS [Doc. No. 17]** |
| v. | ) | |
| C.V.CENTER, INC., et. al., | ) | |
| Defendants. | ) | |

On June 3, 2008, Defendant Casual Dining Services, Inc. filed a notice of withdrawal of its motion to dismiss. The Court notes Defendant Jamba Juice Company filed a joinder in the motion on May 21, 2008, but did not file a reply. The Court finds it appropriate to vacate the hearing date to determine whether Jamba Juice intends to prosecute the motion in light of Casual Dining Services withdrawal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The hearing on Defendant Casual Dining Services motion to dismiss set for June 9, 2008 is **VACATED**.
2. If Defendant Jamba Juice wishes to proceed with the motion, it should file a notice of its intent **on or before June 13, 2003**. The notice must include notice of the hearing before this Court for **June 23, 2008 at 2:30 p.m.**

//
//
//

1       3.     If Defendant Jamba Juices files its intent to proceed with the motion, it may
2           file and serve a reply in support on the motion **on or before June 13, 2008**.

3 DATED:  June 3, 2008

JOHN A. HOUSTON
United States District Judge