1  CATHERINE A. CONWAY (SBN 98366)
   GARY M. MCLAUGHLIN (SBN 217832)
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East, Suite 2400
3  Los Angeles, California 90067-3012
   Telephone:    310-229-1000
4  Facsimile:    310-229-1001
   cconway@akingump.com
5
   Attorneys for Defendant JAMBA JUICE COMPANY
6

7

8
                        UNITED STATES DISTRICT COURT
9
                       SOUTHERN DISTRICT OF CALIFORNIA
10

11

12
   BARBARA HUBBARD,                  | Case No. 08CV471 JAH LSP
13
                      Plaintiffs,    | **NOTICE OF ENTRY OF APPEARANCE**
14
         v.                          |
15                                   | Judge:   Hon. John A. Houston
   C.V. CENTER, INC.; JAMBA JUICE,
16 COMPANY dba JAMBA JUICE #603;
   CASUAL DINING SERVICES, INC. dba
17 PIZZERIA UNO; MERVYN's LLC;
   STARBUCKS CORPORATION dba
18 STARBUCKS COFFEE #6632; J. C.
   PENNEY COMPANY, INC. dba J.C.
19 PENNEY #1274; SERLER, INC. dba
   SUBWAY #31595; MANNA
20 DEVELOPMENT GROUP, LLC dab
   PANERA BREAD CAFE #4284,
21
                      Defendants.
22

1  TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE
2  ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE that Catherine A. Conway and Gary M. McLaughlin, both of the firm
4  of Akin Gump Strauss Hauer & Feld LLP, hereby enter their appearances as additional counsel of
5  record on behalf of Jamba Juice Company in the above-captioned case.
6  PLEASE TAKE FURTHER NOTICE that Stephanie S. Der is no longer with the firm of Akin
7  Gump Strauss Hauer & Feld LLP and should be removed as a counsel of record for Jamba Juice
8  Company in the above-captioned case.

10  Dated: June 12, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP
CATHERINE A. CONWAY
GARY M. MCLAUGHLIN


By  /s/ Catherine A. Conway              /
    CATHERINE A. CONWAY
Attorneys for JAMBA JUICE COMPANY

---

NOTICE OF ENTRY OF APPEARANCE                                 1                                 08CV471 JAH LSP

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On June 12, 2008, I served the foregoing document(s) described as: joinder of NOTICE OF ENTRY OF APPEARANCE on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on June 12, 2008 at Los Angeles, California.

Tracy Howe                                    /s/ Tracy Howe                /
[Print Name of Person Executing Proof]        [Signature]