1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Fax: (530) 894-8244

5  Attorneys for Plaintiff

6

7  ERNEST SLOME, SBN 122419
   LEWIS BRISBOIS BISGAARD & SMITH, LLP
8  550 West :"C" Street, Suite 800
   San Diego, CA 92101
9  Telephone: (619) 233-1006
   Fax: (619) 233-8627

10 Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barbara Hubbard,<br><br>    Plaintiffs,<br><br>v.<br><br>C.V. Center, Inc.; Jamba Juice Company dba Jamba Juice #603; Casual Dining Services, Inc. dba Pizzeria Uno; Mervyn's, LLC; Starbucks Corporation dba Starbucks Coffee #6632; J.C. Penney Company, Inc. Dba JCPenney #1274; Serler, Inc. dba Subway #31595; Manna Devllopment Group, LLC dba Panera Bread Café #4284,<br><br>    Defendants.<br>_____/ | Case No. 08cv0471 JAH (LSP)<br><br>**Joint Motion for Dismissal** |

IT IS HEREBY JOINTLY REQUESTED, pursuant to a settlement and release

1  agreement between Plaintiff, BARBARA J HUBBARD, and Defendant, MANNA
2  DEVELOPMENT GROUP, LLP. dba PANERA BREAD CAFÉ #4284, that this
3  Court enter a dismissal with prejudice of Plaintiff's complaint in the above-entitled
4  action pursuant to Fed. R. Civ. P. 41 **as to Defendant MANNA DEVELOPMENT**
5  **GROUP, LLP. dba PANERA BREAD CAFÉ # 4284 only.**
6      Nothing in this Joint Motion shall be construed to affect Plaintiffs' complaint
7  and claims in the above referenced case against defendant other than Defendant
8  MANNA DEVELOPMENT GROUP, LLP. dba PANERA BREAD CAFÉ #4284.

Dated: June 17, 2008        DISABLED ADVOCACY GROUP, APLC

/s/  *Lynn Hubbard III*
LYNN HUBBARD, III
Attorney for Plaintiff, Barbara Hubbard

Dated: June 17, 2008        LEWIS BRISBOIS BISGAARD & SMITH, LLP

ERNEST SLOME
Attorney for Defendant, PANERA BREAD #4284

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF BUTTE

I, Jacqueline Martin, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

On June 17, 2008, I caused the document(s) described as: **JOINT MOTION FOR DISMISSAL** to be served on the interested parties in this action as follows:

On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption and number on this date, in the following manner:

The following is a procedure in which service of this document was effected:

(xx) ELECTRONIC SERVICE - by causing the document to be served via the Court's ECF Filing System.
( ) OVERNIGHT DELIVERY - by causing said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).
( ) FAX - by transmitting pursuant to Rules 2001 et seq., the above-described document(s) by facsimile machine (which complied with Rule 2003(3)). The transmission originated from facsimile phone number (530) 894-8244, and was reported complete without error. The facsimile machine properly issued a transmission report.
( ) PERSONAL SERVICE - by causing to be delivered such document by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 17, 2008           /s/ Jacqueline Martin
                                      Jacqueline Martin