1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  ERNEST SLOME, SBN 122419
   LEWIS BRISBOIS BISGAARD & SMITH, LLP
   550 West :"C" Street, Suite 800
8  San Diego, CA 92101
   Telephone: (619) 233-1006
9  Fax: (619) 233-8627

10  Attorney for Defendant

11

12

13

14              UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA

16

17  Barbara Hubbard,                    Case No. 08cv0471 JAH (LSP)

18        Plaintiffs,
                                        **Joint Motion for Dismissal**
19  v.

20  C.V. Center, Inc.; Jamba Juice Company
    dba Jamba Juice #603; Casual Dining
21  Services, Inc. dba Pizzeria Uno; Mervyn's,
    LLC; Starbucks Corporation dba Starbucks
22  Coffee #6632; J.C. Penney Company, Inc.
    Dba JCPenney #1274; Serler, Inc. dba
23  Subway #31595; Manna Devllopment
    Group, LLC dba Panera Bread Café #4284,
24
25        Defendants.
    _____/
26

27

28        IT IS HEREBY JOINTLY REQUESTED, pursuant to a settlement and release

1  agreement between Plaintiff, BARBARA J HUBBARD, and Defendant, MANNA

2  DEVELOPMENT GROUP, LLP. dba PANERA  BREAD CAFÉ #4284, that this

3  Court enter a dismissal with prejudice of Plaintiff's complaint in the above-entitled

4  action pursuant to Fed. R. Civ. P. 41 **as to Defendant MANNA DEVELOPMENT**

5  **GROUP, LLP. dba PANERA BREAD CAFÉ # 4284 only.**

6          Nothing in this Joint Motion shall be construed to affect Plaintiffs' complaint

7  and claims in the above referenced case against defendant other than Defendant

8  MANNA DEVELOPMENT GROUP, LLP. dba PANERA  BREAD CAFÉ #4284.

9

10

11  Dated:  June 17, 2008              DISABLED ADVOCACY GROUP, APLC

12                                     /s/   *Lynn Hubbard III*
13                                     LYNN HUBBARD, III
                                       Attorney for Plaintiff, Barbara Hubbard

14

15  Dated:  June 17, 2008              LEWIS BRISBOIS BISGAARD & SMITH, LLP

16

17                                     */s/   Ernest Slome*
                                       ERNEST SLOME
18                                     Attorney for Defendant, PANERA BREAD #4284

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2    STATE OF CALIFORNIA, COUNTY OF BUTTE

3          I, Jacqueline Martin, am employed in the aforesaid County; I am over the age of 18 years and
not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County,
4    California 95926.

5          On June 17, 2008, I caused the document(s) described as: **JOINT MOTION FOR
DISMISSAL** to be served on the interested parties in this action as follows:
6

7    On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system
        under the above referenced case caption and number on this date, in the following manner:

8          The following is a procedure in which service of this document was effected:

9    (xx )    ELECTRONIC SERVICE - by causing the document to be served via the Court's ECF Filing
            System.
10   (  )    OVERNIGHT DELIVERY - by causing said envelope(s) to be delivered overnight via an
            overnight delivery service in lieu of delivery by mail to the addressee(s).
11   (  )    FAX - by transmitting pursuant to Rules 2001 et seq., the above-described document(s) by
            facsimile machine (which complied with Rule 2003(3)).  The transmission originated from
12          facsimile phone number (530) 894-8244, and was reported complete without error.  The
            facsimile machine properly issued a transmission report.
13   (  )    PERSONAL SERVICE - by causing to be delivered such document by hand to the offices of
            the addressee(s).
14

15

16          I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

17   DATED: June 17, 2008            /s/ Jacqueline Martin
                                    Jacqueline Martin
18

19

20

21

22

23

24

25

26

27

28