1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08-CV-00471-JAH-LSP |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT MERVYN'S LLC ONLY |
| C.V. CENTER, INC.; JAMBA JUICE COMPANY dba JAMBA JUICE #603; CASUAL DINING SERVICES, INC. dba PIZZERIA UNO; MERVYN'S LLC; STARBUCKS CORPORATION dba STARBUCKS COFFEE #6632; J.C. PENNEY COMPANY, INC. dba JCPENNEY #1274; SERLER, INC. dba SUBWAY #31595; MANNA DEVELOPMENT GROUP, LLC dba PANERA BREAD CAFÉ #4284, | Complaint Filed: March 13, 2008 |
| Defendants. | |

21
22

    Based on the parties' Stipulation of Dismissal, and pursuant to Federal Rule of Civil

23

Procedure 41(a), the court hereby dismisses this action with prejudice as to Defendant Mervyn's

24

LLC, including all claims for relief that have been or could have been asserted by plaintiff

25

Barbara Hubbard ("Hubbard") in connection with the general set of facts and circumstances

26
27
28

underlying this action.  This dismissal shall not affect Hubbard's claims against any of the other defendant in this action.

Each party shall bear their own attorneys' fees and costs in this action.

IT IS SO ORDERED.

DATED:  June 18, 2008

_____
UNITED STATES DISTRICT COURT JUDGE