NUNC PRO TUNC
JUN 16 2008

FILED
2008 JUN 18 PM 2:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KNH_____ DEPUTY

1  STEVEN M. ZADRAVECZ (BAR NO. 185676)
   E-mail: szadravecz@jonesday.com
2  BRADLEY E. SCHWAN (BAR NO. 246457)
   E-mail: bschwan@jonesday.com
3  JONES DAY
   3 Park Plaza, Suite 1100
4  Irvine, CA 92614
   Telephone:  (949) 851-3939
5  Facsimile:  (949) 553-7539

6  Attorneys for Defendant
   MERVYN'S, LLC
7

           UNITED STATES DISTRICT COURT

           SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08-CV-00471-JAH-LSP |
| Plaintiff, | VIA FAX |
| v. | STIPULATION OF DISMISSAL AND ORDER THEREON RELATED TO DEFENDANT MERVYN'S LLC ONLY |
| C.V. CENTER, INC.; JAMBA JUICE COMPANY dba JAMBA JUICE #603; CASUAL DINING SERVICES, INC. dba PIZZERIA UNO; MERVYN'S LLC; STARBUCKS CORPORATION dba STARBUCKS COFFEE #6632; J.C. PENNEY COMPANY, INC. dba JCPENNEY #1274; SERLER, INC. dba SUBWAY #31595; MANNA DEVELOPMENT GROUP, LLC dba PANERA BREAD CAFE #4284, | Complaint Filed: March 13, 2008 |
| Defendants. | |

    Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Barbara Hubbard ("Hubbard") and defendant Mervyn's LLC ("Mervyn's") hereby stipulate that this action, including all claims for relief that have been or could have been asserted by Hubbard in connection with the general set of facts and circumstances underlying this action as to Mervyn's shall be dismissed with prejudice. This dismissal shall not relate to Hubbard's claims against any of the other defendants in this action.

LAI-2951588v1

Case No. 08-CV-00471-JAH-LSP
Stipulation of Dismissal

1  The parties also stipulate that each party shall bear their own attorneys' fees and costs in
2  this action.
3  IT IS SO STIPULATED:
4  Dated: 6/16, 2008                          JONES DAY
5
6                                             By: _____
7                                                 Steven M. Zadravecz
8                                             Attorneys for Defendant MERVYN'S LLC
9
10 Dated: 6/3, 2008                           DISABLED ADVOCACY GROUP, APLC
11
12                                            By: _____
13                                                Lynn Hubbard III
14                                            Attorneys for Plaintiff Barbara Hubbard
15
16                                            ORDER
17 IT IS SO ORDERED.
18
19 DATED:_____
20                                            _____
                                              UNITED STATES DISTRICT COURT JUDGE
21
22
23
24
25
26
27
28

LAI-2931588v1                        -2-                Case No. 08-CV-00471-JAH-LSP
                                                        Stipulation of Dismissal