1   LYNN HUBBARD, III, SBN 69773
     SCOTTLYNN J HUBBARD IV, SBN 212970
2   **DISABLED ADVOCACY GROUP, APLC**
     12 Williamsburg Lane
3   Chico, CA 95926
     Telephone:  (530) 895-3252
4   Fax:  (530) 894-8244

5   Attorneys for Plaintiff

6

7   WILLIAM ADAMS SBN 135035
     **NORTON ADAMS & DOWNEY, LLP**
8   525 "B" Street, Suite 1500
     San Diego, CA 92101
9   Telephone: (619) 233-8200
     Fax: (619) 231-7595
10

11   Attorney for Defendant Casual Dining Services, Inc.

12

13               UNITED STATES DISTRICT COURT

14           SOUTHERN DISTRICT OF CALIFORNIA

15

16

17   Barbara Hubbard,                    Case No. 08cv0471 JAH (LSP)

18       Plaintiff,

19       vs.                       **JOINT MOTION FOR DISMISSAL**

20   C.V. Center, Inc.; Jamba Juice Company
     dba Jamba Juice #603; Casual Dining
21   Services, Inc. dba Pizzeria Uno; Mervyn's,
     LLC; Starbucks Corporation dba Starbucks
22   Coffee #6632; J.C. Penney Company, Inc.
     dba JCPenney #1274; Serler, Inc. dba
23   Subway #31595; Manna Development
     Group, LLC dba Panera Bread Café
24   #4284,
25

26

27   _____/

28

IT IS HEREBY JOINTLY REQUESTED, pursuant to settlement and release agreements between Plaintiff, BARBARA HUBBARD, and Defendant, CASUAL DINNING SERVICES, INC. dba PIZZERIA UNO, that this Court enter a Dismissal with prejudice of Plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41 **as to Defendant CASUAL DINNING SERVICES, INC. dba PIZZIERA UNO only.**

Nothing in this Joint Motion shall be construed to affect Plaintiff's complaint and claims in the above referenced case against defendant other than Defendant CASUAL DINNING SERVICES, INC. dba PIZZIERA UNO.

Dated:   June 25, 2008          DISABLED ADVOCACY GROUP, APLC


                                */s/ Lynn Hubbard, III*
                                LYNN  HUBBARD, III
                                Attorney for Plaintiff, Barbara Hubbard



Dated:   June 25, 2008          NORTON ADAMS & DOWNEY, LLP


                                */s/ William Adams*
                                WILLIAM ADAMS
                                Attorney for Defendant, Casual Dinning
                                Services, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF BUTTE

 I, Lynn Hubbard III, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

On June 25, 2008, I caused the document(s) described as:

### **JOINT MOTION FOR DISMISSAL**

to be served on the interested parties in this action as follows:

 On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption and number on this date, in the following manner:

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 25, 2008  */s/ Lynn Hubbard, III*

        Lynn  Hubbard, III