UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| Barbara Hubbard,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C.V. Center, Inc.; Jamba Juice Company dba Jamba Juice #603; Casual Dining Services, Inc. dba Pizzeria Uno; Mervyn's, LLC; Starbucks Corporation dba Starbucks Coffee #6632; J.C. Penney Company, Inc. dba JCPenney #1274; Serler, Inc. dba Subway #31595; Manna Development Group, LLC dba Panera Bread Café #4284,<br><br>　　　　Defendants. | Case No. 08cv0471 JAH (LSP)<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL** |

　　Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice **as to Defendant CASUAL DINING SERVICES, INC. dba PIZZIERA UNO only.**

Dated: June 26, 2008

_____
Judge of the District Court

*Hubbard v. C.V. Center, Inc., et al.*　　　　　　　　　　　　　　　Order Re: Joint Motion for Dismissal
Case No. 08cv0472 JAH (LSP)