1  Max C. Fischer (SBN 226003)
    mfischer@sidley.com
2  SIDLEY AUSTIN LLP
3  555 West Fifth Street, Suite 4000
    Los Angeles, California 90013-1010
4  Telephone: (213) 896-6000
    Facsimile: (213) 896-6600
5  Attorneys For Defendant
    C.V. CENTER, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08-CV-471-JAH LSP |
| Plaintiff, | Assigned to: The Honorable John A. Houston |
| C.V. CENTER, INC., JAMBA JUICE COMPANY dba JAMBA JUICE #603; CASUAL DINING SERVICES, INC. dba PIZZERIA UNO; MERVYN'S LLC; STARBUCKS CORPORATION dba STARBUCKS COFFEE #6632; J.C. PENNEY COMPANY, INC. dba JCPENNEY #1274; SERLER, INC. dba SUBWAY #31595; MANA DEVELOPMENT GROUP, LLC dba PANERA BREAD, CAFÉ #4284 | **NOTICE OF ENTRY OF APPEARANCE** |
| Defendants, | |

**NOTICE OF ENTRY OF APPEARANCE**

08CV471

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:  PLEASE TAKE NOTICE that Max Fischer, of the firm Sidley Austin LLP, hereby enters his appearance as counsel of record for Defendant Chula Vista Center, Inc. in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that Aimee G. Mackay is no longer with the firm Sidley Austin LLP and no longer is counsel of record for Chula Vista Center, Inc. in the above-captioned case.

Dated:  June 26, 2008          SIDLEY AUSTIN LLP

By:  /s/ Max Fischer
     E-mail:  mfischer@sidley.com
     Attorney for Defendant
     C.V. CENTER, INC.

2

**NOTICE OF ENTRY OF APPEARANCE**

08CV471