1  Max C. Fischer (SBN 226003)
2  mfischer@sidley.com
   SIDLEY AUSTIN LLP
3  555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
4  Telephone: (213) 896-6000
   Facsimile: (213) 896-6600
5  Attorneys For Defendant
   C.V. CENTER, INC.
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   SOUTHERN DISTRICT OF CALIFORNIA
11
12 BARBARA HUBBARD,                    ) Case No. 08-CV-471-JAH LSP
                                        )
13        Plaintiff,                    ) Assigned to: The Honorable John A.
                                        ) Houston
14 C.V. CENTER, INC., JAMBA JUICE      )
   COMPANY dba JAMBA JUICE #603;       ) **CERTIFICATE OF SERVICE**
15 CASUAL DINING SERVICES, INC.        )
   dba PIZZERIA UNO; MERVYN'S          )
16 LLC; STARBUCKS CORPORATION          )
   dba STARBUCKS COFFEE #6632; J.C.    )
17 PENNEY COMPANY, INC. dba            )
   JCPENNEY #1274; SERLER, INC. dba    )
18 SUBWAY #31595; MANA                 )
   DEVELOPMENT GROUP, LLC dba          )
19 PANERA BREAD, CAFÉ #4284            )
                                        )
20        Defendants,                   )
                                        )
21                                      )
                                        )
22 _____        )
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

08CV471

1  I hereby certify that I am employed in the County of Los Angeles, State of California; that I am over the age of 18 and not a party to the within action; that my business address is Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California 90013; and that I am a registered CM/ECF user.

On June 26, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to registered users, whose email addresses are denoted on the attached service list:

**NOTICE OF ENTRY OF APPEARANCE**

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on June 26, 2008.

Dated:  June 26, 2008      SIDLEY AUSTIN LLP

By:  /s/ Max Fischer
E-mail:  mfischer@sidley.com
Attorney for Defendant
C.V. CENTER, INC.

2
**CERTIFICATE OF SERVICE**

08CV471

**Mailing Information for Case No. 3:08-CV-00471 JAH LSP**

**Electronic Mail Notice List**

The following are those currently registered to receive electronic notice in this case:

William A Adams
wadams@nortonadams.com
info@nortonadams.com

Stephanie S Der
sder@akingump.com
thowe@akingump.com
westdocketing@akingump.com

Catherine A Conway
cconway@akingump.com
thowe@akingump.com
westdocketing@akingump.com

Lynn Hubbard, III
usdcso@hubslaw.com

Scottlynn J Hubbard, IV
usdcso@hubslaw.com

Aimee G Mackay
amackay@sidley.com
rallemand@sidley.com

Steven M Zadravecz
szadravecz@jonesday.com
ljpeterson@jonesday.com

William J. Freed
wjfreed@sdlawyers.net
brenda@sdlawyers.net