1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN, 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

11 BARBARA HUBBARD,                              Case No. 08cv047-JAH (LSP)

12      Plaintiff,

13      v.                                        **NOTICE OF VOLUNTARY
                                                  DISMISSAL**
14
   C.V. Center, Inc.; Jamba Juice Company
15 dba Jamba Juice #603; Casual Dining
   Services, Inc. dba Pizzeria Uno;
16 Mervyn's, LLC; Starbucks Corporation
   dba Starbucks Coffee #6632; J.C.
17 Penney Company, Inc. dba JCPenney
   #1274; Serler, Inc. dba Subway #31595;
18 Manna Development Group, LLC dba
19 Panera Bread Café #4284,

20      Defendants.
                                            /

TO THE COURT AND ALL PARTIES:

Plaintiff, BARBARA HUBBARD, hereby requests that pursuant to FRCP 41 (a)(1), the Court dismiss the above entitled action, with prejudice, **as to Defendant SERLER, INC., dba SUBWAY #31595** *only*.

Nothing in this request shall be construed to affect Plaintiff's complaint and claims in the above referenced case against defendants other than Defendant SERLER, INC., dba SUBWAY #31595.

Dated: July 8, 2008            DISABLED ADVOCACY GROUP, APLC


                                                */s/ Lynn Hubbard III, Esquire*
                                                LYNN HUBBARD, III
                                                Attorney for Plaintiff, Barbara Hubbard