**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

HUBBARD _____ v. C.V. CENTER _____ No. 08-0471-JAH(LSP)

HON. LEO S. PAPAS          CT. DEPUTY J. JARABEK          Rptr. _____
                                          Attorneys
         Plaintiffs                                                      Defendants

_____          _____

_____          _____

_____          _____


The date and time of the Settlement Disposition Conference for the settling Defendants on July 15, 2008 at 4:00 PM is vacated and reset for August 19, 2008 at 4:00 PM.

If a copies of signed stipulations of dismissal from each settling Defendant cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor. Monetary sanctions shall be imposed for failure to comply with this order.


DATED:  July 14, 2008



_____
Hon. Leo S. Papas
U.S. Magistrate Judge