1  LYNN HUBBARD III SBN: 69773
   SCOTTLYNN J HUBBARD IV, SBN: 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Fax:       (530) 894-8244

5  Attorneys for Plaintiff

7  MAX FISCHER, SBN: 226003
   **SIDLEY AUSTIN, LLP**
8  555 West Fifth Street, Suite 4000
9  Los Angeles CA 90013
   Telephone: (213) 896-6000
10 Fax:       (213) 896-6600

11
   Attorney for Defendant
12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08CV0471 JAH (LSP) |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR DISMISSAL** |
| C. V. CENTER, INC., a DELAWARE CORPORATION et al., | |
| Defendant. | |

IT IS HEREBY JOINTLY REQUESTED , pursuant to a settlement and release agreement between Plaintiff, BARBARA J. HUBBARD, and Defendant, C. V. CENTER, INC. a Delaware Corporation, that this Court enter a dismissal with prejudice of Plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41, **as to Defendant C.V. CENTER INC., a DELAWARE CORPORATION, only.**

Nothing in this Joint Motion shall be construed to affect Plaintiff's complaint and claims in the above-referenced case against Defendant other than **Defendant C.V. CENTER INC., a DELAWARE CORPORATION, only**

Dated: July 22, 2008                    DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard III Esq*
LYNN HUBBARD III
Attorney for Plaintiff
BARBARA J. HUBBARD

Dated: July 22, 2008                    SIDLEY AUSTIN, LLP

*/s/ Max Fischer Esq.*
MAX FISCHER
Attorney for Defendant
C. V. CENTER INC., a Delaware Corporation

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF BUTTE

I, Lynn Hubbard, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

On February 6, 2007, I caused the document(s) described as: **JOINT MOTION FOR DISMISSAL** to be served on the interested parties in this action as follows:

On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption and number on this date, in the following manner:

The following is a procedure in which service of this document was effected:

(xx) ELECTRONIC SERVICE - by causing the document to be served via the Court's ECF Filing System.
( ) OVERNIGHT DELIVERY - by causing said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).
( ) FAX - by transmitting pursuant to Rules 2001 et seq., the above-described document(s) by facsimile machine (which complied with Rule 2003(3)). The transmission originated from facsimile phone number (530) 894-8244, and was reported complete without error. The facsimile machine properly issued a transmission report.
( ) PERSONAL SERVICE - by causing to be delivered such document by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 22, 2008        /s/ Lynn Hubbard, III
                            Lynn Hubbard, III