**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

HUBBARD                          v. CV CENTER                          No. 08-0471-JAH(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK           Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
|  |  |
|  |  |
|  |  |

The Settlement Disposition Conference set for August 19, 2008 at 4:00 p.m. is vacated. Dismissal received.

DATED: July 22, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge