LYNN HUBBARD III, SBN 69773
SCOTTLYNN J. HUBBARD IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08cv0471 JAH (LSP) |
| Plaintiff, | **ORDER RE:** |
| vs. | **JOINT MOTION FOR** |
| C.V. CENTER, INC., a DELAWARE CORPORATION et al., | **DISMISSAL** |
| Defendants. | |

## ORDER ON JOINT MOTION FOR DISMISSAL

Having read the foregoing Joint Motion and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice **as to Defendant C.V. CENTER INC., a Delaware Corporation, only.**

Dated: July 23, 2008

_____
Judge of the District Court

*Hubbard v. C.V. Center, Inc., et al.*                             Order Re: Joint Motion for Dismissal
Case No. 08cv0472 JAH (LSP)